IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ASHA SMITH, et al.                    :        Civil Action
                                      :
        v.                            :
                                      :
UNIV. of PENNSYLVANIA                 :        No.:  2:20-cv-02086
                                      :

ORDER

AND NOW, this         day of                         20     , it is hereby

ORDERED that the application of  Eric M. Poulin _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐        GRANTED.[1]

☐        DENIED.

_____
                                                        , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.