IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ASHA SMITH, et al.                              :        Civil Action
                                                :
               v.                               :
                                                :
UNIV. of PENNSYLVANIA                           :        No.:  2:20-cv-02086
                                                :

CERTIFICATE OF SERVICE

                                                        Eric M. Poulin
I declare under penalty of perjury that a copy of the application of _____,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

All counsel of record via PACER / ECF


_____
(Signature of Attorney)
Stuart Carpey

_____
(Name of Attorney)
Asha Smith

_____
(Name of Moving Party)
5/18/20
(Date)