# Full List of Bar Admissions
## Eric M. Poulin

| Jurisdiction | Bar/ID Number | Admission Date |
| --- | --- | --- |
| California State Bar | 298476 | 9/30/14 |
| Central District of California | N/A | 5/13/20 |
| Northern District of California | N/A | 5/13/20 |
| Georgia State Bar | 941864 | 6/5/13 |
| North Carolina State Bar | 43861 | 3/30/12 |
| Eastern District of NC | N/A | 12/19/13 |
| Middle District of NC | N/A | 4/29/20 |
| Western District of NC | N/A | 4/30/20 |
| South Carolina State Bar | 100209 | 11/14/11 |
| District of South Carolina | 11251 | 2/8/12 |
| District of Colorado | N/A | 4/15/20 |
| Northern District of New York | 701819 | 5/14/20 |
| Fourth Circuit Court of Appeals | N/A | 3/27/17 |