**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ASHA SMITH, Individually and On** | **:** | **CIVIL ACTION** |
| **Behalf of All Others Similarly Situated** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **UNIVERSITY OF PENNSYLVANIA** | **:** | **NO. 20-2086** |

**ORDER**

**NOW**, this 19th day of May, 2020, upon consideration of the Application of Stuart Carpey, Esquire, to admit Roy T. Willey, IV, Esquire, *pro hac vice* (Document No. 3), it is **ORDERED** that the application is **DENIED**.[1]

/s/ TIMOTHY J. SAVAGE J.

---

[1]The motion fails to set forth grounds why Asha Smith desires Roy T. Willey, IV, Esquire to represent her and why the applicant is especially qualified to do so. *See* Judge Savage's *Policies and Procedures* at www.paed.uscourts.gov/judges-info/district-court-judges/timothy-j-savage.