## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHA SMITH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | ) ) ) | CIVIL ACTION |
| Plaintiff, | ) ) | |
| | ) | NO. 20-2086 |
| v. | ) ) | |
| UNIVERSITY OF PENNSYLVANIA | ) ) | |
| Defendants. | ) ) | |

### MOTION FOR *PRO HAC VICE*

COMES NOW Stuart Carpey, a member of this Court's bar, and does move that Roy T. Willey IV be admitted *pro hac vice* as counsel in this matter. Pursuant to Judge Savage's Policies and Procedures movant does hereby show the following:

1.) Roy T. Willey IV is admitted to the following courts as follows:

| Court | Bar Number | Date Admitted |
|---|---|---|
| South Carolina State Bar | 101010 | 05/13/2013 |
| District of South Carolina | 11664 | 08/06/2013 |
| District of Colorado | N/A | 04/15/2020 |
| Northern District of Illinois General Bar | N/A | 05/18/2020 |
| Fourth Circuit Court of Appeals | N/A | 04/03/2017 |

2.) This case arises out of similar facts, circumstances and an area of law as dozens of others that Mr. Willey is handling across the country. Mr. Willey has already been appointed co-lead counsel in the *In re Columbia Tuition Refund Action* pending in the Southern District of New York, and has been admitted *pro hac vice* in many of the cases already

including the *Brooke Ryan, individually and on behalf of others similarly situated v. Temple University* matter that is pending in this Court before the Honorable John M. Gallagher (Case number: 5:20-cv-02164). Named Plaintiff, Asha Smith, retained Mr. Willey and Mr. Poulin specifically due to their work on these matters nationwide, and their experience in complex litigation. Local counsel, the undersigned, was then retained by Mr. Willey and Mr. Poulin with the consent of the client. Mr. Willey is specifically qualified to handle this litigation based upon his handling of many similar matters nationwide, and the complex contractual issues which are a part of this particular case. Counsel is willing to provide further information upon request of the Court.

3.) The Client has executed a Client Certification supporting this Motion, which is attached.

4.) That also attached is the standard Eastern District of Pennsylvania's Clerk's form application.

Respectfully Submitted,

**CARPEY LAW, P.C.**

/s/ Stuart A. Carpey

Stuart A. Carpey, #49490
600 W. Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
(610) 834-6030
scarpey@carpeylaw.com

May 20, 2020