IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA

2:20-cv-02086

Civil Action No#_____

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

Roy T. Willey IV

I,_____the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number **Pacer**, for the $40.00 admission fee.

A.    *I state that I am currently admitted to practice in the following state jurisdictions:*

| South Carolina | 05/13/13 | 101010 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.    *I state that I am currently admitted to practice in the following federal jurisdictions:*

| District of SC | 08/06/13 | 11664 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| District of CO | 04/15/20 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Fourth Circuit | 04/03/17 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.    *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*

(Applicant's Signature)

May 20, 2020

(Date)

Name of Applicant's Firm    Anastopoulo Law Firm

Address    32 Ann Street, Charleston, SC 29403

Telephone Number    843-614-8888

Email Address    roy@akimlawfirm.com

I declare under penalty of perjury that the foregoing is true and correct.

May 20, 2020

Executed on _____

(Date)

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Roy T. Willey IV to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Stuart Carpey

| | | | |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | 1/13/88 (Admission date) | 49490 (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

600 W Germantown Pike, Plymouth Meeting, PA 19462
Suite 400

610-834-6030

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/20/20
(Date)

(Sponsor's Signature)