## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ASHA SMITH, INDIVIDUALLY AND      )          CIVIL ACTION
ON BEHALF OF ALL OTHERS SIMILARLY )
SITUATED                          )
          Plaintiff,             )
                                  )          NO. 20-2086
v.                                )
                                  )
UNIVERSITY         OF             )
PENNSYLVANIA                      )
          Defendants.            )
                                  )

## CLIENT CERTIFICATION

1. I am the Plaintiff in this case.

2. I am aware that attorneys Roy T. Willey IV and Eric M. Poulin are not a member of the bar in the Eastern District of Pennsylvania, but that they are applying for permission to appear in this case on my behalf.

3. I am also aware that they have engaged co-counsel who is a licensed member of this bar on my behalf.

4. I would like the *pro hac vice* applications of attorneys Roy T. Willey IV and Eric M. Poulin to be granted so that they can handle this matter on my behalf. I specifically contacted them to handle this matter based upon their handling of several similar matters across the country, their experience in complex litigation and after conversations with them and believe they are uniquely suited to best represent my interests in this matter.

Respectfully Submitted,

BY _____

ASHA SMITH