## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHA SMITH, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY OF PENNSYLVANIA,<br><br>　　　　　Defendant. | Case No. 2:20-cv-02086-TJS |

**JOINT STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

Pursuant to Local Rule 7.4, by and between Plaintiff Asha Smith and Defendant University of Pennsylvania, through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff filed the Complaint on April 30, 2020, *see* Dkt. 1;

**WHEREAS**, pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure, the current deadline for Defendant to respond to Plaintiff's Complaint is July 27, 2020, *see* Dkt. 10;

**WHEREAS**, the University of Pennsylvania has also been named as the defendant in a related putative class action, and the deadline to respond to the complaint in that related action is August 19, 2020, *see Nedley v. Univ. of Pennsylvania*, No. 2:20-cv-03109-TJS (E.D. Pa. July 20, 2020), Dkt. 9;

\\BA - 057471/003040 - 846660 v2

**WHEREAS**, Defendant respectfully requests that its deadline to respond to the Complaint in the above-captioned action be extended by twenty-three (23) days, so that it aligns with the response date in the related *Nedley* action;

**WHEREAS**, there have been no prior extensions requested or granted in the above-captioned action;

**WHEREAS**, the requested extension will promote efficiency by facilitating a common response date and briefing schedule;[1]

**WHEREAS**, Plaintiff consents to this requested extension;

**WHEREAS**, this extension is not sought for purposes of delay, and good cause having been shown;

**IT IS**, on this _____ day of _____ 2020, **ORDERED** that, subject to this Court's approval:

Defendant shall respond to the Complaint on or before August 19, 2020.

---

[1] In an additional effort to conserve both the Court's and the parties' resources, the parties also note that they, along with plaintiff's counsel in the *Nedley* action, are currently conferring on a motion to consolidate the two cases. The motion will likely include a request for permission to file a consolidated complaint. The requested extension will also promote efficiency by facilitating the prompt finalization and filing of the consolidation motion. Plaintiffs currently plan to file the consolidation motion by Friday, July 24, 2020.

\\BA - 057471/003040 - 846660 v2

Dated: July 22, 2020                                    Respectfully Submitted,


/s/ Roy T. Willey, IV_____                     /s/ Virginia A. Gibson _____
**ANASTOPOULO LAW FIRM, LLC**          Virginia A. Gibson, PA Bar # 32520
Eric M. Poulin                                           **HOGAN LOVELLS US LLP**
Roy T. Willey, IV                                       1735 Market Street
32 Ann Street                                            Philadelphia, PA 19103
Charleston, SC 29403                              (267) 675-4635
(843) 614-8888                                         virginia.gibson@hoganlovells.com
eric@akimlawfirm.com
roy@akimlawfirm.com


Stuart A. Carpey, #49490
600 W. Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
(610) 834-6030
scarpey@carpeylaw.com



                                                                  *Counsel for Defendant*


*Counsel for Plaintiff*




                                        APPROVED AND SO ORDERED:



                                        _____
                                        The Hon. Timothy J. Savage
                                        U.S.D.J.




3

\\BA - 057471/003040 - 846660 v2