**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ASHA SMITH, Individually and On** | : | **CIVIL ACTION** |
| **Behalf of All Others Similarly Situated** | : | |
| **v.** | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | **NO. 20-2086** |

## ORDER

      **NOW**, this 23rd day of July, 2020, upon consideration of the Joint Stipulation for an Extension of Time for Defendant to Respond to the Complaint (Document No. 11), it is **ORDERED** that the Stipulation is **APPROVED**.

      **IT IS FURTHER ORDERED** that the defendant shall respond to the complaint no later than **August 19, 2020**.

/s/ TIMOTHY J. SAVAGE J.