| | | |
|---|---|---|
| ASHA SMITH, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 2:20-CV-02086-TJS |
| v. | ) ) | |
| UNIVERSITY OF PENNSYLVANIA, | ) ) | |
| Defendant. | ) ) | |
| EMMA NEDLEY, on behalf of herself and All others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 2:20-CV-03109-TJS |
| UNIVERSITY OF PENNSYLVANIA, | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED CASES; APPOINT INTERIM CLASS COUNSEL; AND SCHEDULE THE FILING OF PLAINTIFFS' CONSOLIDATED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiffs respectfully move this court to consolidate two putative class action cases now pending in this district: *Smith v. University of Pennsylvania*, No. 2:20-cv-02086-TJS, and *Nedley v. University of Pennsylvania*, No. 2:20-cv-03109-TJS. Plaintiffs further request that this Court select and appoint Anastopoulo Law Firm, LLC and Carlson Lynch, LLP as interim co-lead putative class counsel for Plaintiffs pursuant to Federal Rule of Civil Procedure 23(g)(3). In support of this Motion, Plaintiffs submits the accompanying Memorandum of Law.

1

Dated: July 30, 2020

Respectfully submitted,

**ANASTOPOULO LAW FIRM, LLC**

/s/ Eric M. Poulin_____
Eric M. Poulin**
Roy T. Willey**
32 Ann Street
Charleston, SC 29403
Telephone: (843) 614-8888
Email: eric@akimlawfirm.com
      roy@akimlawfirm.com

    **Admitted Pro Hac Vice

  -AND-

**CARPEY LAW, P.C.**
Stuart A. Carpey, #49490
600 W. Germantown Pike, Suite 400
Plymouth Meeting, AP 19462
Phone: (610) 834-6030
Email: scarpey@carpeylaw.com

**ATTORNEYS FOR PLAINTIFF SMITH**

**CARLSON LYNCH LLP**

/s/ Edward W. Ciolko_____
Edward W. Ciolko**
Gary F. Lynch
Nicholas A. Colella**
1133 Penn Ave. 5th Floor
Pittsburgh, PA 15222
Telephone:412-322-9243
Email: eciolko@carlsonlynch.com
      ncolella@carlsonlynch.com
      glynch@carlsonlynch.com

**ATTORNEYS FOR PLAINTIFF
NEDLEY**

## LCvR 7(b) CERTIFICATION

Counsel for Plaintiff has conferred with Defendant regarding this motion and, pending final approval from their clients, Defendant's counsel does not expect to oppose the relief sought, provided, however, that Defendant's consent is not deemed a waiver of any defenses Defendant might later assert, including Defendant's right to ultimately contest class certification. Plaintiff agrees that consolidation and appointment of interim Class Counsel does not serve to waive Defendant's ability to raise any and all available defenses to the action, including defenses to class certification, and the same has been reserved in the attached Proposed Order.

_____/s/_____
Eric M. Poulin

**CERTIFICATE OF SERVICE**

I, Eric M. Poulin, hereby certify that on July 30, 2020 a true and correct copy of the foregoing Motion and accompanying Memorandum of Points and Authorities was served via the Court's electronic filing system to all counsel of record.


\_\_\_/s/_____
Eric M. Poulin