# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHA SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.: 2:20-CV-02086-TJS |
| EMMA NEDLEY, on behalf of herself and All others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.: 2:20-CV-03109-TJS<br>)<br>)<br>)<br>) |

I, Eric M. Poulin, declare as follows:

1.     I am a licensed attorney and counsel for Plaintiff Smith in the above captioned matter.

2.     I have personal knowledge of the facts stated below. If called upon to do so, I could and would competently testify thereto.

3.     I make this Declaration in support of Plaintiffs' motion pursuant to Federal Rule of Civil Procedure 23(g)(3), for an order appointing Anastopoulo Law Firm, LLC as co-lead interim class counsel in this matter.

4.    I have served as lead counsel in hundreds of complex cases, and maintain an active trial practice, regularly litigating cases to verdict.

5.    I am the Director of Litigation at Anastopoulo Law Firm, responsible for managing all litigation practice groups.

6.    I have tried multiple cases to verdict, including serving as lead or co-lead counsel on jury trials collectively resulting in over $60,000,000 in single event personal injury verdicts.

7.    In my time at Anastopoulo Law Firm, I have litigated or overseen the litigation of thousands of cases through settlement or verdict, and have recovered over $100,000,000 on behalf of clients.

8.    I have also handled appellate cases in the South Carolina Court of Appeals, South Carolina Supreme Court, and Fourth Circuit Court of Appeals.

9.    Relevant to this litigation I have been named as co-lead counsel in the *In re Columbia Tuition Refund Litigation*, 1:20-cv-03208-JMF, and am currently overseeing the litigation of more than thirty (30) like cases across the country.  Myself and my firm have been at the forefront of the college refund litigation nationally.

10.    I have been featured in South Carolina Lawyers Weekly's yearly top 10 verdicts and settlements profile for 3 of the last 4 years.  In 2014, I was featured in the U.S. Verdicts' "Top 100" national verdicts report.  I am a multiple time Super Lawyers' Rising Star, a National Trial Lawyers' Top 40 Under 40 recipient, and two-time National Academy of Professional Injury Attorneys' Top 10 Under 40 recipient.

11.    Anastopoulo Law Firm is headquartered in Charleston, South Carolina.  Our firm focuses solely on civil litigation matters and in 2019, alone, recovered more than $68,000,000.00 on behalf of our clients.

2

12.     Anastopoulo Law Firm currently employs over 100 dedicated professionals, including 28 attorneys who are collectively licensed to practice in over a dozen state and federal bars across the country.

13.     In addition, Anastopoulo Law Firm is among the remaining few firms nationally that regularly tries cases to verdict. For this purpose, the our firm employs four full time investigators, and maintains an internal mock trial program that allow us to test and develop theories and case strategies from the outset.

14.     We also have the in-house capability to arrange and conduct external focus groups, which we do on a regular basis.

15.     Specific to tuition and fee refund litigation, our firm has assembled an in-house team of five lawyers, together with dedicated support staff, who are working exclusively on such cases, and our firm has set aside the resources necessary to grow this team as needed. Collectively, the team has already spent over 1,800 hours on research, drafting, and filings specific to the tuition refund litigation nationwide.

16.     With respect to tuition refund litigation generally, the Anastopoulo Law Firm filed what is believed to be the second such lawsuit anywhere in the nation on April 8, 2020 and thereafter filed the third, fifth and sixth complaints of this type nationally.  Since that time, our team has been contacted by thousands of students throughout the country.  Currently, our firm has more than 30 such cases pending throughout the country in various state and federal courts, and is in contact with hundreds of students at those schools.

17.     Our firm's participation in such cases nationally creates a tremendous economy of scale that will benefit the Class.  Such scale will enable us to streamline such things as discovery requests, expert retention, and briefing, saving time and reducing ultimate costs to the Class.

3

18.     Our firm has never utilized third party litigation funding and is committed to self-funding all of its cases on behalf of its clients.  Anastopoulo Law Firm is willing to commit whatever resources are necessary to adequately represent the Class in this matter.

19.     I have personally done the following with respect to the above captioned case:

a.   Investigated potential legal claims arising from Defendant's closure of its campus and failure to provide in-person classes during the Spring 2020 semester;

b.   Reviewed and analyzed numerous articles describing Defendant's challenged conduct, and conduct of other Colleges and Universities nationally;

c.   Reviewed and analyzed Defendant's website;

d.   Reviewed and analyzed Defendant's policies, student handbooks, and course catalogs;

e.   Conferred with potential consulting experts regarding the technical aspect of Defendants' conduct;

f.   Reviewed and analyzed Defendant's billing records, and Plaintiff Smith's payment records, relating to the Spring 2020 semester;

g.   Investigated the nature of the challenged conduct at issue by reviewing social media, message boards, websites, and through interviewing affected students;

h.   Reviewed and analyzed the public comments and statements made by Defendant related to the challenged conduct at issue;

i.   Investigated the adequacy of the named Plaintiffs to represent the putative class;

j.   Drafted and filed the Complaint in this action;

4

k.  Drafted initial discovery requests; and

l.  Filed the present motion.

20.  I am well positioned to serve as interim co-lead counsel in view of my extensive experience successfully litigating and trying complex cases like this one.

21.  If I am appointed interim co-lead counsel, I will work efficiently with the other firms representing plaintiffs in these matters to ensure there is no duplication of effort.

22.  For the reasons stated above, I submit that appointment of Anastopoulo Law Firm as interim co-lead counsel in this matter would be in the best interests of the putative Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of July 2020 at Charleston, South Carolina.

/s/ Eric M. Poulin
Eric M. Poulin
Anastopoulo Law Firm, LLC
32 Ann Street
Charleston, South Carolina 29403
Phone: (843) 614-8888