**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ASHA SMITH, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.: 2:20-CV-02086-TJS |
| v. | ) ) | |
| UNIVERSITY OF PENNSYLVANIA, | ) ) | |
| Defendant. | ) ) | |
| EMMA NEDLEY, on behalf of herself and All others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 2:20-CV-03109-TJS |
| UNIVERSITY OF PENNSYLVANIA, | ) ) | |
| Defendant. | ) ) ) | |

I, Roy T. Willey IV, declare as follows:

1.      I am a licensed attorney and counsel for Plaintiff Smith in the above captioned matter.

2.      I have personal knowledge of the facts stated below. If called upon to do so, I could and would competently testify thereto.

3.      I make this Declaration in support of Plaintiffs' motion pursuant to Federal Rule of Civil Procedure 23(g)(3), for an order appointing Anastopoulo Law Firm, LLC as co-lead interim class counsel in this matter.

4.      I have served as lead counsel in hundreds of complex cases, and maintain an active trial practice, actually litigating cases to verdict.

5.      Relevant to this litigation I have been named as co-lead counsel in the *In re Columbia Tuition Refund Litigation*, 1:20-cv-03208-JMF, and am currently overseeing the litigation of more than thirty (30) like cases across the country.  Myself and my firm have been at the forefront of the college refund litigation nationally.

6.      Due to my experience, I am asked to be a frequent lecturer and lawyer educator in the areas of complex litigation, civil procedure, e-discovery and ethics.  My presentations have ranged from Certification issues in Collective and Class Actions to a state trial lawyers conference including sitting members of the judiciary, to top trial strategies and top ethics challenges involving duties to prospective clients as a nationally available CLE.  For all of my experience and efforts, I have been named among *America's Top 100 High Stakes Litigators*, a *Super Lawyers Rising Star*, *National Top 10 Under 40*, and have been repeatedly recognized for both my community and professional involvement.

7.      Anastopoulo Law Firm is headquartered in Charleston, South Carolina.  Our firm focuses solely on civil litigation matters and in 2019, alone, recovered more than $68,000,000.00 on behalf of our clients.

8.      Anastopoulo Law Firm currently employs over 100 dedicated professionals, including 28 attorneys who are collectively licensed to practice in over a dozen state and federal bars across the country.

9.      In addition, Anastopoulo Law Firm is among the remaining few firms nationally that regularly tries cases to verdict. For this purpose, the our firm employs four full time

investigators, and maintains an internal mock trial program that allow us to test and develop theories and case strategies from the outset.

10.    We also have the in-house capability to arrange and conduct external focus groups, which we do on a regular basis.

11.    Specific to tuition and fee refund litigation, our firm has assembled an in-house team of five lawyers, together with dedicated support staff, who are working exclusively on such cases, and our firm has set aside the resources necessary to grow this team as needed. Collectively, the team has already spent over 1,800 hours on research, drafting, and filings specific to the tuition refund litigation nationwide.

12.    With respect to tuition refund litigation generally, the Anastopoulo Law Firm filed what is believed to be the second such lawsuit anywhere in the nation on April 8, 2020 and thereafter filed the third, fifth and sixth complaints of this type nationally.  Since that time, our team has been contacted by thousands of students throughout the country.  Currently, our firm has more than 30 such cases pending throughout the country in various state and federal courts, and is in contact with hundreds of students at those schools.

13.    Our firm's participation in such cases nationally creates a tremendous economy of scale that will benefit the Class.  Such scale will enable us to streamline such things as discovery requests, expert retention, and briefing, saving time and reducing ultimate costs to the Class.

14.    Our firm has never utilized third party litigation funding and is committed to self-funding all of its cases on behalf of its clients.  Anastopoulo Law Firm is willing to commit whatever resources are necessary to adequately represent the Class in this matter.

15.    I have personally done the following with respect to the above captioned case:

3

a. Investigated potential legal claims arising from Defendant's closure of its campus and failure to provide in-person classes during the Spring 2020 semester;

b. Reviewed and analyzed numerous articles describing Defendant's challenged conduct, and conduct of other Colleges and Universities nationally;

c. Reviewed and analyzed Defendant's website;

d. Reviewed and analyzed Defendant's policies, student handbooks, and course catalogs;

e. Conferred with potential consulting experts regarding the technical aspect of Defendants' conduct;

f. Reviewed and analyzed Defendant's billing records, and Plaintiff Smith's payment records, relating to the Spring 2020 semester;

g. Investigated the nature of the challenged conduct at issue by reviewing social media, message boards, websites, and through interviewing affected students;

h. Reviewed and analyzed the public comments and statements made by Defendant related to the challenged conduct at issue;

i. Investigated the adequacy of the named Plaintiffs to represent the putative class;

j. Drafted and filed the Complaint in this action;

k. Drafted initial discovery requests; and

l. Filed the present motion.

16. I am well positioned to serve as interim co-lead counsel in view of my extensive experience successfully litigating and trying complex cases like this one.

17.	If I am appointed interim co-lead counsel, I will work efficiently with the other firms representing plaintiffs in these matters to ensure there is no duplication of effort.

18.	For the reasons stated above, I submit that appointment of Anastopoulo Law Firm as interim co-lead counsel in this matter would be in the best interests of the putative Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of July 2020 at Charleston, South Carolina.

/s/ Roy T. Willey IV
Roy T. Willey IV
Anastopoulo Law Firm, LLC
32 Ann Street
Charleston, South Carolina 29403
Phone: (843) 614-8888