# CARLSON LYNCH



1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243
glynch@carlsonlynch.com

**Practice Emphasis**

Data Breach
Class Actions
Multidistrict Litigation
Consumer Protection
Financial Fraud
Employment Law

**Education**

University of Pittsburgh
School of Law, J.D., 1989

The Pennsylvania State
University, B.S., 1986

## GARY F. LYNCH │ PARTNER

Gary Lynch prosecutes class and complex litigation on behalf of plaintiffs, and has extensive experience in data breach and privacy litigation. Courts have consistently appointed Gary to leadership positions in data breach cases, including as Co-Lead counsel representing a class of financial institution plaintiffs in *In re Equifax, Inc. Customer Data Security Breach Litigation, First Choice Federal Credit Union v. The Wendy's Company*, and *In re: The Home Depot, Inc. Customer Data Security Breach Litigation,* and as a member of the Plaintiffs' Steering Committee representing the consumer plaintiffs in *In re Marriott International Customer Data Security Breach Litigation.* In 2018, Gary successfully argued before the Pennsylvania Supreme Court in *Dittman et al v. UPMC,* where the Court issued its landmark decision establishing a general duty of care to protect against data breaches and clarifying the parameters of the economic loss doctrine in the data breach context, as well as any other context where an independent legal duty is sought to be enforced for purely economic damages. Gary has experience litigating other complex matters in the Eastern District of Pennsylvania, where in 2018 Hon. C. Darnell Jones II appointed him Co-Lead counsel representing a class of student loan borrowers in *In re: FedLoan Student Loan Servicing Litigation*. In 2012, Mr. Lynch served as Counsel of Record before the United States Supreme Court in the case of *Genesis HealthCare Corp. v. Symczyk,* addressing the issue of whether Rule 68 of the Federal Rules of Civil Procedure can be used to moot a Fair Labor Standards Act collective action. Gary's experience in data breach class actions and his problem-solving skills will be important in this complex data breach litigation. In 2019, he was selected by *The Legal Intelligencer* as a finalist for its Attorney of the Year award.

With thirty years of experience, Gary has developed a distinguished reputation with his peers and the judiciary for his ability to work efficiently and cooperatively with co-counsel, and professionally with opposing counsel in class action litigation. To this end, during a recent Fairness Hearing in another payment card data breach case, Hon. Maureen P. Kelly of the Western District of Pennsylvania recognized:

> *"And as involved as this case was, if every case I had was as well-organized and professionally presented as this case has been, my life would be much easier…The briefs I got in this case and any filings were just so well-done and detailed. And my law clerks and I have discussed that a number of times. So, I want to thank counsel for the way you have conducted yourselves and the way you've all presented this case."*

## Admissions

Pennsylvania, 1989
New York, 2018

Third Circuit, 1994
Ninth Circuit, 2002
Eleventh Circuit, 2002
Seventh Circuit, 2010
Sixth Circuit, 2011
First Circuit, 2012
Fifth Circuit, 2013
Second Circuit, 2015
Fourth Circuit, 2017

W.D. Pa., 1989
M.D. Pa., 2006
E.D. Pa., 2007
N.D. Oh., 2000
S.D. Oh., 2006
C.D. Ill., 2010
N.D. Ill., 2010
E.D. Mich., 2010
D. Mary., 2011
W.D.N.Y., 2011
W.D. Mich., 2013
E.D. Wisc., 2016
D. Col., 2017

*"And, also, the Court notes that both class counsel for the plaintiffs, as well as counsel for the defendants, have very significant experience in these types of class actions and in data breach litigation. On adequacy, class counsel's well-qualified and, clearly, adequate to represent the plaintiffs."*

– Hon. Maureen P. Kelly, *First Choice Federal Credit Union v. The Wendy's Company*, (W.D. Pa. Nov. 6, 2019).

## Awards & Honors

- Attorney of the Year Finalist, *The Legal Intelligencer*, 2019
- *Super Lawyer*® for Class Action and Mass Torts, 2014 – Present
- *AV Preeminent*® Peer Review Rated by Martindale-Hubbell
- U.S. District Court for the W.D. Pa., *Local Rules Advisory Committee Member*

## Representative Speaking Engagements

- Co-Presenter (w/Jamisen Etzel of Carlson Lynch): Pennsylvania Bar Institute ("PBI"), Employment Law Institute West (November 2019 - Pittsburgh). Topic: Cybersecurity of Employee Data, including discussion of the Pennsylvania Supreme Court's opinion in *Dittman v. UPMC* and its effect on employers' duty to safeguard employee data.

- Panelist: Harris Martin's Equifax Data Breach Litigation Conference (November 2017 – Atlanta). Topic: Counseling financial institutions and other businesses in the wake of the Equifax breach.

- Panelist: Current Development and Strategies for Confronting Cyber and Data Security Risks in 2017: ABA Annual Meeting Section of Labor and Employment Law (August 2017 – New York). Topic: The theories of liability and damages in data breach litigation.

- Panelist: PBI's Advanced Cyber security Law (June 2016 – Pittsburgh). Topic: The composition of plaintiff classes in data breach litigation, as well as the theories of liability and defenses, including the economic loss doctrine and challenges to Article III standing.

- Panelist: New Jersey Association for Justice – Boardwalk Seminar (April 2015 – Atlantic City). Topic: Data breach and cybersecurity.

- Panelist: PBI's Cybersecurity Law (August 2014 – Pittsburgh). Topic: The Target data breach and its impact on breach litigation generally.

## Representative Experience

**Co-Lead Counsel**, *In re Equifax, Inc. Customer Data Security Breach Litig.*, MDL 2800 (N.D. Ga.) – In February 2018, in a heavily contested leadership fight, Chief United States District Judge Thomas W. Thrash, Jr. appointed Gary to co-lead a leadership structure consisting of Co-Lead

Counsel, an eight-member steering committee, and co-liaison counsel in multidistrict litigation involving the largest data breach in history.

**Plaintiffs' Steering Committee**, *In re Marriott International Customer Data Security Breach Litigation,* MDL No. 2879 (D. MD.). The Court appointed Gary to the Plaintiffs' Steering Committee in this multidistrict litigation related to the data breach involving Starwood guest information. The MDL includes more than 100 cases and is in its early stages.

**Co-Lead Counsel,** *First Choice Federal Credit Union v. The Wendy's Company et al*, No. 2:16-cv-0506 (W.D. Pa.) – The Court appointed Gary Co-Lead Counsel in a group of consolidated cases brought by financial institutions against the Wendy's fast food chain in the aftermath of a late 2015 data breach that exposed customers' credit card information. Magistrate Judge Maureen P. Kelly recommended the denial of Wendy's motion to dismiss in February 2017, and District Judge Nora Barry Fischer adopted that report and recommendation in March 2017. The case ultimately settled for $50 million, which received final approval in 2019.

**Co-Lead Counsel**, *In re: The Home Depot, Inc. Customer Data Security Breach Litigation*, MDL 2583 (N.D. Ga.) – Gary served as Co-Lead Counsel in this landmark data breach case, which found that retailers have a duty to not "turn a blind eye to the ever-increasing risk of cyberattacks." In September 2017, the Court granted final approval to a comprehensive settlement that provides over $27 million in relief to the class.

**Plaintiffs' Executive Committee**, *In re Target Corporation Customer Data Breach Litig.*, MDL 2522 (D. Minn.). Gary served on the Plaintiffs' Executive Committee in this multidistrict litigation related to the massive data breach that occurred in late 2013. The Court granted final approval of settlement agreements that provided $10 million to affected individual customers and approximately $39 million to financial institutions.

**Plaintiffs' Steering Committee**, *In re Community Health Systems, Inc., Customer Data Security Breach Litigation*, MDL 2595 (N.D. Ala.). Gary served on the Plaintiffs' Steering Committee in this multidistrict litigation concerning a 2014 data breach involving one of the nation's largest hospital chains. The breach affected over 200 hospitals and compromised the sensitive information of approximately 4.5 million patients.

**Plaintiffs' Executive Committee**, *Greater Chautauqua Federal Credit Union et al v. Kmart Corporation et al*, No. 15-cv-02228 (N.D. Ill.). Gary served on the Plaintiffs' Executive Committee in a consolidated case in which financial institutions sought recovery for losses sustained as a result of a 2014 data breach. A settlement was approved in 2017.

**Lead Counsel**, *Dittman et al v. UPMC d/b/a The University of Pittsburgh Medical Center and UPMC McKeesport*, GD-14-003285 (Allegheny Cty., Pa.). Gary represents employees in a class action stemming from a breach of UPMC's personnel files. Hundreds of employee files were compromised and fraudulent tax returns were filed using the stolen data. On November 21, 2018, the Pennsylvania Supreme Court found that employers have a duty to exercise reasonable care to safeguard employees' sensitive data and

*For more information, visit: www.carlsonlynch.com and www.garylynchlaw.com.*

that employees can bring claims for negligence when their employer's internet-accessible computer systems are breached.

**Co-Lead Counsel**, *In Re FedLoan Student Loan Servicing Litigation*, MDL 2833 (E.D. Pa.) (J. Jones). Judge Jones appointed Gary Co-Lead Counsel in this multidistrict litigation related to the country's largest student loan servicer's mismanagement of student loan accounts.

**Co-Class Counsel/Trial Counsel**, *Verma v. 3001 Castor Inc.*, (E.D. Pa.) – In 2018, Gary, as co-lead trial counsel, received a $4.59 million jury verdict over which Senior Judge Anita B. Brody presided. Gary represented a class of misclassified workers at a Philadelphia nightclub for claims under the FLSA and Pennsylvania Minimum Wage Act.

**Lead Executive Committee**, *Haag v. Janney Montgomery Scott,* (E.D. Pa.) – Gary served as a member of the plaintiffs' Executive Committee, which led the litigation, in this wage and hour class action alleging that defendant stock brokerage company violated federal and state overtime laws.

**Lead Counsel**, *Crozer-Keystone Health System Overtime Litigation,* (E.D. Pa.) – Gary filed a collective action in the Eastern District of Pennsylvania challenging pay practices related to nurse practitioners and/or physicians' assistants. After discovery, the parties filed cross motions for summary judgment. In a widely reported opinion, 760 F.Supp.2d 513, Senior District Judge Eduardo C. Robreno granted Plaintiff's motion for summary judgment, holding that Defendant misclassified individuals in Plaintiff's job position. Gary led efforts to resolve the matter after summary judgement, and Judge Robreno approved the parties' settlement in August 2012.

**Chair of Plaintiffs' Leadership Committee**, *Ellis v. Edward Jones* (N.D. Oh.) – Gary chaired the Plaintiffs' Leadership Committee in this wage and hour class action alleging that defendant stock brokerage company violated federal and state overtime laws. Following protracted discovery and multiple rounds of mediation, the parties reached a class settlement in which class members from multiple states received more than $19 million.

**Lead Counsel**, *Kahrer v. Ameriquest Mortgage Co.* (W.D. Pa./MDL N.D. Ill.) – Gary filed this action to challenge how courts determine consumer standing under RESPA and how damages under the statute are calculated. In a seminal decision, 8 F.Supp.2d 748, Gary successfully argued that prior courts had misinterpreted RESPA's legislative history to dismiss claims under the statute. Multiple federal courts of appeal have adopted the *Kahrer* reasoning, including at least the Third and Sixth Circuits.

**Counsel of Record**, *Genesis HealthCare Corp. v. Symczyk*, No. 11-1059 (U.S.) – Gary Lynch represented the plaintiff and served as Counsel of Record in *Genesis Healthcare Corp. v. Symczyk*, 133 S.Ct. 1523 (2013). Although the five-justice majority ruled for the defendant, Justice Kagan's influential dissent in *Genesis* laid the foundation for the Court's subsequent decision in *Campbell-Ewald Co. v. Gomez*, 136 S.Ct. 663 (2016), which held that an unaccepted offer of judgment does not moot a plaintiff's claims. *See Campbell-Ewald*, 136 S.Ct. at 669–72.