# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHA SMITH, individually and on behalf of all other similarly situated<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF PENNSYLVANIA<br><br>    Defendant. | **Case No.: 2:20-CV-02086-TJS** |
| EMMA NEDLEY, on behalf of herself and all others similar situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF PENNSYLVANIA<br><br>    Defendant. | **Case No.:2:20-CV-03109-TJS** |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED CASES; APPOINT INTERIM CLASS COUNSEL; AND SCHEDULE THE FILING OF PLAINTIFFS' CONSOLIDATED COMPLAINT**

Defendant, The University of Pennsylvania ("Penn") hereby respectfully responds to

Plaintiffs' Joint Motion to Consolidate Related Cases; Appoint Interim Class Counsel; and

Schedule the Filing of Plaintiffs' Consolidated Complaint ("Motion").  Penn agrees that the cases

\\BA - 057471/003040 - 847312 v7

should be consolidated and that this Court should permit Plaintiffs to file a consolidated complaint. Penn also does not object to the appointment of interim lead counsel.

## I.    Background

There are two related putative class actions presently pending against Penn before this Court: *Smith v. University of Pennsylvania*, No. 2:20-cv-02086-TJS, and *Nedley v. University of Pennsylvania*, No. 2:20-cv-03109-TJS.

## II.    The Related Cases Should be Consolidated

Although Penn does not join in or adopt Plaintiffs' Motion, their statements or characterizations regarding their factual representations and allegations, or their statements regarding Penn's alleged conduct, Penn agrees that consolidation is appropriate and that the requirements of Rule 42(a) of the Federal Rules of Civil Procedure are satisfied.

Penn also agrees that a consolidated complaint is appropriate and should be filed within the time frame Plaintiffs propose. If this Court permits the filing of a consolidated complaint, Penn will review the consolidated complaint and, after conferring with Plaintiffs' counsel, propose an appropriate briefing schedule for any motion to dismiss.

In response to the request for appointment of interim lead counsel, Penn has no objection to this request, but takes no position as to whom interim lead counsel should be.

## III.    Conclusion

For the reasons set forth above, Penn respectfully requests that the Court consolidate the *Smith* and *Nedley* actions under Federal Rule of Civil Procedure 42 and order the filing of a consolidated complaint.

2

Dated: July 31, 2020

Respectfully Submitted,

_ */s/ Virginia A. Gibson* _____
Virginia A. Gibson, PA Bar # 32520

**HOGAN LOVELLS US LLP**
1735 Market Street
Philadelphia, PA 19103
P (267) 675-4635
F (267) 675-4626
virginia.gibson@hoganlovells.com

*Counsel for Defendant*