## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHA SMITH, individually and on behalf of all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA<br><br>Defendant. | **Case No.: 2:20-CV-02086-TJS** |
| EMMA NEDLEY, on behalf of herself and all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA<br><br>Defendant. | **Case No.: 2:20-CV-03109-TJS** |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN CONNECTION WITH PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED CASES; APPOINT INTERIM CLASS COUNSEL; AND SCHEDULE THE FILING OF PLAINTIFFS' CONSOLIDATED COMPLAINT**

Defendant, The University of Pennsylvania ("Penn") hereby respectfully submits this notice of supplemental authority in connection with Plaintiffs' Joint Motion to Consolidate Related Cases; Appoint Interim Class Counsel; and Schedule the Filing of Plaintiffs' Consolidated Complaint ("Motion").  *See Smith v. Univ. of Penn.*, 2:20-CV-02086-TJS (E.D.

\\BA - 057471/003040 - 848904 v3

Pa.), Dkt. No. 13; *Nedley v. Univ. of Penn.*, 2:20-CV-03109-TJS (E.D. Pa.), Dkt. No. 10.  Since Penn responded to that Motion, Judge Raag Singhal of the U.S. District Court for the Southern District of Florida ordered (1) the consolidation of multiple putative class actions against the University of Miami seeking partial refunds of tuition and fees paid for the Spring 2020 semester and (2) the filing of a consolidated complaint.  *See* Ex. A.  Notably, the University of Miami opposed, arguing that (1) the parties already had fully briefed its motion to dismiss in one of the underlying cases and (2) consolidation would result in duplication of effort and delay.  *See id.* at 3.  Nonetheless, Judge Singhal found that efficiency and judicial economy weighed in favor of consolidation of the cases as well as the filing of a consolidated complaint.  *Id.*

Here, on the other hand, the parties all agree that the above-captioned actions should be consolidated and that this Court should permit Plaintiffs to file a consolidated complaint.  *See Smith v. Univ. of Penn.*, 2:20-CV-02086-TJS (E.D. Pa.), Dkt. Nos. 13, 14; *Nedley v. Univ. of Penn.*, 2:20-CV-03109-TJS (E.D. Pa.), Dkt. Nos. 10, 11.

Dated: August 13, 2020

Respectfully Submitted,

 *s/ Virginia A. Gibson* _____
Virginia A. Gibson, PA Bar # 32520


**HOGAN LOVELLS US LLP**
1735 Market Street
Philadelphia, PA 19103
P (267) 675-4635
F (267) 675-4626
virginia.gibson@hoganlovells.com

*Counsel for Defendant*

2

\\BA - 057471/003040 - 848904 v3