## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ASHA SMITH, and EMMA NEDLEY, individually and on behalf of all others similarly situated<br><br>v.<br><br><br>UNIVERSITY OF PENNSYLVANIA | **Case No. 2:20-cv-02086-TJS** |

## MOTION FOR *PRO HAC VICE* ADMISSION OF JAMES W. CLAYTON

Under Local Rule of Civil Procedure 83.5.2(b) and pursuant to Judge Savage's Policies

and Procedures, the undersigned member of the bar of the United States District Court for the

Eastern District of Pennsylvania hereby moves for the admission of James W. Clayton to appear

and practice in this Court as counsel for Defendant, University of Pennsylvania, in the above

captioned matter.  In support of this Motion, the undersigned counsel states as follows:

1.      Movant represents that James W. Clayton is an attorney with Hogan Lovells U.S.

LLP, 555 Thirteenth Street NW, Washington, D.C. 20004.  Mr. Clayton's contact information is

as follows: Telephone (202) 637-5452; Fax (202) 637-5910; E-mail:

james.clayton@hoganlovells.com.

2.      James W. Clayton is admitted in the following jurisdictions:

State Bar Admissions

| State | Bar No. | Admission Date |
|---|---|---|
| District of Columbia | 1014582 | 6/3/2013 |
| New York | 5035670 | 3/29/2012 |

| Colorado | 51962 | 4/27/2018 (currently inactive) |
|----------|-------|-------------------------------|

Federal Bar Admissions

| Court Name | Bar No. | Admission Date |
|-----------|---------|----------------|
| U.S. Court of Appeals for the Sixth Circuit | N/A | 8/13/2012 |
| U.S. District Court for the District of Columbia | 1014582 | 9/9/2013 |
| U.S. Court of Appeals for the Ninth Circuit | 4370080 | 10/14/2014 |

3. Mr. Clayton is a Senior Associate in the law firm of Hogan Lovells. He is a member in good standing of the District of Columbia and the state of New York.

4. Mr. Clayton is not presently, and has never been, suspended, or disciplined by any Court; and no disciplinary proceedings are pending against Mr. Clayton.

5. Mr. Clayton's practice has a particular focus on defending consumer class actions. He has nearly ten years of experience defending consumer class actions. Mr. Clayton estimates that he has defended well over 15 consumer class actions. Mr. Clayton's experience includes representing universities in matters involving potential breach of contract claims. For the foregoing reasons, Mr. Clayton is highly qualified to represent the University of Pennsylvania in the above captioned matter.

6. In light of the foregoing, the University of Pennsylvania has retained Hogan Lovells in the above-captioned matter and has requested that Mr. Clayton be allowed to represent it in this matter.

7. Payment of the required admission fee to the United States District Court of the Eastern District of Pennsylvania is being submitted to the Clerk's Office on behalf of Mr. Clayton at the time of filing this Motion.

8.    Attached to this Motion is the standard Eastern District of Pennsylvania's Clerk form application.

**WHEREFORE**, it is respectively requested that this Court enter an Order in the form attached, admitting James W. Clayton, *pro hac vice* to appear and practice in this Court as counsel on behalf of the University of Pennsylvania, in the above captioned matter.

Dated: September 15, 2020                                      Respectfully Submitted,


                                                              */s/ Virginia A. Gibson*
                                                              Virginia A. Gibson, PA Bar # 32520

                                                              **HOGAN LOVELLS US LLP**
                                                              1735 Market Street
                                                              Philadelphia, PA 19103
                                                              P (267) 675-4635
                                                              F (267) 675-4626
                                                              virginia.gibson@hoganlovells.com

                                                              *Counsel for Defendant, University of Pennsylvania*

3

**CERTIFICATE OF SERVICE**

I, Virginia A. Gibson, hereby certify that the foregoing Motion for *Pro Hac Vice* Admission of James W. Clayton was filed using the ECF system on the 15th day of September, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

Dated: September 15, 2020

*/s/ Virginia A. Gibson*
Virginia A. Gibson, PA Bar # 32520

**HOGAN LOVELLS US LLP**
1735 Market Street
Philadelphia, PA 19103
P (267) 675-4635
F (267) 675-4626
virginia.gibson@hoganlovells.com

*Counsel for Defendant, University of Pennsylvania*

4