## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHA SMITH, and EMMA NEDLEY, individually and on behalf of all others similarly situated<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA | **Case No. 2:20-cv-02086-TJS** |

### MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL L. KIDNEY

Under Local Rule of Civil Procedure 83.5.2(b) and pursuant to Judge Savage's Policies and Procedures, the undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Michael L. Kidney to appear and practice in this Court as counsel for Defendant, University of Pennsylvania, in the above captioned matter.  In support of this Motion, the undersigned counsel states as follows:

1.    Movant represents that Michael L. Kidney is an attorney with Hogan Lovells U.S. LLP, 555 Thirteenth Street NW, Washington, D.C. 20004.  Mr. Kidney's contact information is as follows: Telephone (202) 637-5883; Fax (202) 637-5910; E-mail: michael.kidney@hoganlovells.com.

2.    Michael L. Kidney is admitted in the following jurisdictions:

State Bar Admissions

| State | Bar No. | Admission Date |
|---|---|---|
| District of Columbia | 429093 | 6/28/1991 |

| Pennsylvania | 57823 | 1/31/1990 (inactive since 12/9/1993) |
|---|---|---|

Federal Bar Admissions

| Court Name | Bar No. | Admission Date |
|---|---|---|
| U.S. Court of Appeals for the Tenth Circuit | N/A | 3/8/1990 |
| U.S. District Court for the District of Columbia | N/A | 11/4/1991 |
| U.S. Court of Appeals for the District of Columbia Circuit | N/A | 10/31/1996 |
| U.S. District Court for the District of Maryland | 24450 | 11/8/1996 |

3.    Mr. Kidney is Partner in the law firm Hogan Lovells.  He is a member in good standing of the District of Columbia.  As a former Pennsylvania resident, Mr. Kidney was admitted to the Pennsylvania Bar; however, Mr. Kidney no longer resides in Pennsylvania and his membership in the Pennsylvania Bar has been inactive since December 9, 1993.

4.    Mr. Kidney is not presently, and has never been, suspended, or disciplined by any Court; and no disciplinary proceedings are pending against Mr. Kidney.

5.    Mr. Kidney's practice has a particular focus on defending consumer class actions. He has more than twenty-five years of experience defending consumer class actions.  Mr. Kidney estimates that he has defended well over 50 class actions.  Mr. Kidney's experience includes the representation of universities named as a defendant in class action or involved in other complex civil litigation.  For the foregoing reasons, Mr. Kidney is highly qualified to represent the University of Pennsylvania in the above captioned matter.

6.    In light of the foregoing, the University of Pennsylvania has retained Hogan Lovells in the above-captioned matter and has requested that Mr. Kidney be allowed to represent it in this matter.

2

7.      Payment of the required admission fee to the United States District Court of the Eastern District of Pennsylvania is being submitted to the Clerk's Office on behalf of Mr. Kidney at the time of filing this Motion.

8.      Attached to this Motion is the standard Eastern District of Pennsylvania's Clerk form application.

**WHEREFORE**, it is respectively requested that this Court enter an Order in the form attached, admitting Michael L. Kidney, *pro hac vice* to appear and practice in this Court as counsel on behalf of the University of Pennsylvania, in the above captioned matter.


Dated: September 15, 2020                                      Respectfully Submitted,


                                                         *  /s/ Virginia A. Gibson*
                                                         Virginia A. Gibson, PA Bar # 32520

                                                         **HOGAN LOVELLS US LLP**
                                                         1735 Market Street
                                                         Philadelphia, PA 19103
                                                         P (267) 675-4635
                                                         F (267) 675-4626
                                                         virginia.gibson@hoganlovells.com

                                                         *Counsel for Defendant, University of Pennsylvania*

## CERTIFICATE OF SERVICE

I, Virginia A. Gibson, hereby certify that the foregoing Motion for *Pro Hac Vice* Admission of Michael L. Kidney was filed using the ECF system on the 15th day of September, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.


Dated: September 15, 2020                    __*/s/ Virginia A. Gibson* _____
                                             Virginia A. Gibson, PA Bar # 32520

                                             **HOGAN LOVELLS US LLP**
                                             1735 Market Street
                                             Philadelphia, PA 19103
                                             P (267) 675-4635
                                             F (267) 675-4626
                                             virginia.gibson@hoganlovells.com

                                             *Counsel for Defendant, University of*
                                             *Pennsylvania*