**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ASHA SMITH and EMMA NEDLEY,** | : | **CIVIL ACTION** |
| **On Behalf of Themselves and** | : | |
| **All Others Similarly Situated** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE UNIVERSITY OF PENNSYLVANIA** | : | **NO. 20-2086** |

## ORDER

**NOW,** this 15th day of September, 2020, upon consideration of the Motion for *Pro Hac Vice* Admission of James W. Clayton (Document No. 20), it is **ORDERED** that the motion is **GRANTED** and James W. Clayton, Esquire is admitted *pro hac vice* to the bar of this Court to represent the defendant The University of Pennsylvania for purposes of this action only.

**IT IS FURTHER ORDERED** that counsel shall file all pleadings electronically using the Electronic Case Filing (ECF) system and follow Judge Savage's Policies and Procedures.

/s/ TIMOTHY J. SAVAGE J.