## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHA SMITH, and EMMA NEDLEY, individually and on behalf of all others similarly situated<br><br>v.<br><br><br>UNIVERSITY OF PENNSYLVANIA | **Case No. 2:20-cv-02086-TJS** |

### MOTION FOR *PRO HAC VICE* ADMISSION OF JESSICA L. ELLSWORTH

Under Local Rule of Civil Procedure 83.5.2(b) and pursuant to Judge Savage's Policies and Procedures, the undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Jessica L. Ellsworth to appear and practice in this Court as counsel for Defendant, University of Pennsylvania, in the above captioned matter.  In support of this Motion, the undersigned counsel states as follows:

1.     Movant represents that Jessica L. Ellsworth is an attorney with Hogan Lovells U.S. LLP, 555 Thirteenth Street NW, Washington, D.C. 20004.  Ms. Ellsworth's contact information is as follows: Telephone (202) 637-5886; Fax (202) 637-5910; E-mail: jessica.ellsworth@hoganlovells.com

2.     Ms. Ellsworth is admitted in the following jurisdictions:

State Bar Admissions

| State | Bar No. | Admission Date |
|---|---|---|
| District of Columbia | 484170 | 12/8/2003 |
| Virginia | 46832 | 10/12/2001 |

Federal Bar Admissions

| Court Name | Bar No. | Admission Date |
| --- | --- | --- |
| Supreme Court of the United States | N/A | 2/21/2006 |
| U.S. Court of Appeals for the First Circuit | N/A | 10/29/2008 |
| U.S. Court of Appeals for the Second Circuit | N/A | 1/16/2009 |
| U.S. Court of Appeals for the Third Circuit | N/A | 11/5/2007 |
| U.S. Court of Appeals for the Fourth Circuit | N/A | 4/29/2002 |
| U.S. Court of Appeals for the Fifth Circuit | N/A | 12/22/2014 |
| U.S. Court of Appeals for the Sixth Circuit | N/A | 12/11/2002 |
| U.S. Court of Appeals for the Seventh Circuit | N/A | 1/8/2015 |
| U.S. Court of Appeals for the Eighth | N/A | 8/3/2011 |
| U.S. Court of Appeals for the Ninth Circuit | N/A | 5/22/2008 |
| U.S. Court of Appeals for the Tenth Circuit | N/A | 7/26/2010 |
| U.S. Court of Appeals for the Eleventh Circuit | N/A | 6/11/2010 |
| U.S. Court of Appeals for the District of Columbia Circuit | N/A | 6/20/2005 |
| U.S. Court of Appeals for the Federal Circuit | N/A | 11/19/2004 |
| U.S. District Court for the Eastern District of Virginia | N/A | 12/3/2001 |
| U.S. District Court for the District of Columbia | N/A | 11/5/2012 |

3.      Ms. Ellsworth is Partner in the law firm Hogan Lovells.  She is a member in good standing in all jurisdictions to which she is admitted.

4.      Ms. Ellsworth is not presently, and has never been, suspended, or disciplined by any Court; and no disciplinary proceedings are pending against Ms. Ellsworth.

5. Ms. Ellsworth's practice includes a focus on dispositive motions, both in class actions and other complex civil litigation, and she regularly represents university clients in those types of litigation matters. Ms. Ellsworth has nearly 20 years' experience in litigating motions to dismiss and other key strategic motions, and her knowledge and experience will add to the efficiency of this action by assisting the Court in understanding the allegations and defenses at issue in this matter. For the foregoing reasons, Ms. Ellsworth is highly qualified to represent the University of Pennsylvania in the above captioned matter.

6. In light of the foregoing, the University of Pennsylvania has retained Hogan Lovells in the above-captioned matter and has requested that Ms. Ellsworth be allowed to represent it in this matter.

7. Payment of the required admission fee to the United States District Court of the Eastern District of Pennsylvania is being submitted to the Clerk's Office on behalf of Ms. Ellsworth at the time of filing this Motion.

8. Attached to this Motion is the standard Eastern District of Pennsylvania's Clerk form application.

**WHEREFORE**, it is respectively requested that this Court enter an Order in the form attached, admitting Jessica L. Ellsworth, *pro hac vice* to appear and practice in this Court as counsel on behalf of the University of Pennsylvania, in the above captioned matter.

Dated: September 18, 2020

Respectfully Submitted,

*/s/ Virginia A. Gibson*
Virginia A. Gibson, PA Bar # 32520

**HOGAN LOVELLS US LLP**
1735 Market Street

Philadelphia, PA 19103
P (267) 675-4635
F (267) 675-4626
virginia.gibson@hoganlovells.com

*Counsel for Defendant, University of Pennsylvania*

## CERTIFICATE OF SERVICE

I, Virginia A. Gibson, hereby certify that the foregoing Motion for *Pro Hac Vice* Admission of Jessica L. Ellsworth was filed using the ECF system on the 18th day of September, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

Dated:  September 18, 2020

*/s/ Virginia A. Gibson*
Virginia A. Gibson, PA Bar # 32520

**HOGAN LOVELLS US LLP**
1735 Market Street
Philadelphia, PA 19103
P (267) 675-4635
F (267) 675-4626
virginia.gibson@hoganlovells.com

*Counsel for Defendant, University of Pennsylvania*