IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ASHA SMITH and EMMA NEDLEY, individually            :            Civil Action
and on behalf of all others similarly situated,      :
                                                     :
                    v.                               :
                                                     :
UNIVERSITY OF PENNSYLVANIA                           :
                                                     :            No.:  2:20-cv-02086-TJS

## ORDER

AND NOW, this            day of            September            20 20 , it is hereby

ORDERED that the application of  Jessica L. Ellsworth _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐        GRANTED.[1]

☐        DENIED.

_____

                                                                    , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system.  Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA

Civil Action No#____2:20-cv-02086-TJS____

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT**
**PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

<u>I. APPLICANT'S STATEMENT</u>

I, __Jessica L. Ellsworth_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _N/A_____, for the $40.00 admission fee.

A.    *I state that I am currently admitted to practice in the following state jurisdictions:*

| District of Columbia | 12/8/2003 | 484170 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Virginia | 10/2/2001 | 46832 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.    *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Supreme Court of the United States | 2/21/2006 | N/A |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals for the First Circuit | 10/29/2008 | N/A |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals for the Second Circuit | 1/16/2009 | N/A |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

**\*See Motion for Pro Hac Vice Admission of Jessica L. Ellsworth for a list of all federal jurisdictions to which she is admitted.**

C.    *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for

**University of Pennsylvania**

_Jessica Ellsworth_
(Applicant's Signature)

__9/18/20__
(Date)

| | |
|---|---|
| Name of Applicant's Firm | Hogan Lovells US LLP |
| Address | 555 Thirteenth Street NW, Washington, D.C. 20004 |
| Telephone Number | 202-637-5886 |
| Email Address | jessica.ellsworth@hoganlovells.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/18/20__
(Date)

_Jessica Ellsworth_
(Applicant's Signature)

04/20

II.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Jessica L. Ellsworth to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Virginia A. Gibson
_____
(Sponsor's Name)

_____
(Sponsor's Signature)

12/3/1980
_____
(Admission date)

32520
_____
(Attorney
Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Hogan Lovells US LLP

1735 Market Street, Philadelphia, PA 19103

267-675-4635

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____09/18/2020_____
                        (Date)

_____
(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHA SMITH and EMMA NEDLEY, individually and on behalf of all others | : : | Civil Action |
| v. | : : | |
| UNIVERSITY OF PENNSYLVANIA | : : | No.: 2:20-cv-02086-TJS |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ____Jessica L. Ellsworth____,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

The foregoing Motion for Pro Hac Vice Admission of Jessica L. Ellsworth was filed using the ECF system on the 18th day of September, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

_____
(Signature of Attorney)

Virginia A. Gibson
_____
(Name of Attorney)

Counsel for Defendant, University of Pennsylvania
_____
(Name of Moving Party)

09/18/2020
_____
(Date)