## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHA SMITH, and EMMA NEDLEY, individually and on behalf of all others similarly situated<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA | **Case No. 2:20-cv-02086-TJS** |

### MOTION FOR *PRO HAC VICE* ADMISSION OF BENJAMIN A. FIELD

Under Local Rule of Civil Procedure 83.5.2(b) and pursuant to Judge Savage's Policies and Procedures, the undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Benjamin A. Field to appear and practice in this Court as counsel for Defendant, University of Pennsylvania, in the above captioned matter. In support of this Motion, the undersigned counsel states as follows:

1. Movant represents that Benjamin A. Field is an attorney with Hogan Lovells U.S. LLP, 555 Thirteenth Street NW, Washington, D.C. 20004. Mr. Field's contact information is as follows: Telephone (202) 637-6462; Fax (202) 637-5910; E-mail:

benjamin.field@hoganlovells.com.

2. Benjamin A. Field is admitted in the following jurisdictions:

State Bar Admissions

| State | Bar No. | Admission Date |
|---|---|---|
| District of Columbia | 1046902 | 6/5/2017 |
| New York | 5430129 | 3/24/2016 |

Federal Bar Admissions

| Court Name | Bar No. | Admission Date |
|---|---|---|
| Supreme Court of the United States | N/A | 6/3/2019 |
| U.S. Court of Appeals for the Second Circuit | N/A | 11/1/2018 |
| U.S. Court of Appeals for the Third Circuit | N/A | 6/30/2016 |
| U.S. Court of Appeals for the Fifth Circuit | N/A | 5/6/2019 |
| U.S. Court of Appeals for the Sixth Circuit | N/A | 5/31/2019 |
| U.S. Court of Appeals for the Ninth Circuit | N/A | 6/12/2018 |
| U.S. Court of Appeals for the Eleventh Circuit | EDF# 930497493 | 5/29/2019 |
| U.S. Court of Appeals for the District of Columbia Circuit | 62032 | 10/31/2019 |
| U.S. Court of Appeals for the Federal Circuit | N/A | 7/22/2019 |
| U.S. District Court for the District of Columbia | 1046902 | 12/3/2018 |

3.      Mr. Field is a Senior Associate in the law firm of Hogan Lovells.  He is a member in good standing of the bars of the District of Columbia and the state of New York.

4.      Mr. Field is not presently, and has never been, suspended, or disciplined by any Court; and no disciplinary proceedings are pending against Mr. Field.

5.      Mr. Field's practice includes a focus on dispositive motion briefing in district courts around the country.  Mr. Field's experience includes representing a university in a putative class-action suit involving breach of contract claims.  For the foregoing reasons, Mr. Field is highly qualified to represent the University of Pennsylvania in the above captioned matter.

6.     In light of the foregoing, the University of Pennsylvania has retained Hogan Lovells in the above-captioned matter and has requested that Mr. Field be allowed to represent it in this matter.

7.     Payment of the required admission fee to the United States District Court of the Eastern District of Pennsylvania is being submitted to the Clerk's Office on behalf of Mr. Field at the time of filing this Motion.

8.     Attached to this Motion is the standard Eastern District of Pennsylvania's Clerk form application.

**WHEREFORE**, it is respectively requested that this Court enter an Order in the form attached, admitting Benjamin A. Field, *pro hac vice* to appear and practice in this Court as counsel on behalf of the University of Pennsylvania, in the above captioned matter.

Dated: September 18, 2020                                        Respectfully Submitted,

*/s/ Virginia A. Gibson*
Virginia A. Gibson, PA Bar # 32520

**HOGAN LOVELLS US LLP**
1735 Market Street
Philadelphia, PA 19103
P (267) 675-4635
F (267) 675-4626
virginia.gibson@hoganlovells.com

*Counsel for Defendant, University of Pennsylvania*

3

## CERTIFICATE OF SERVICE

I, Virginia A. Gibson, hereby certify that the foregoing Motion for *Pro Hac Vice* Admission of Benjamin A. Field was filed using the ECF system on the 18th day of September, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

Dated: September 18, 2020

*/s/ Virginia A. Gibson*
Virginia A. Gibson, PA Bar # 32520

**HOGAN LOVELLS US LLP**
1735 Market Street
Philadelphia, PA 19103
P (267) 675-4635
F (267) 675-4626
virginia.gibson@hoganlovells.com

*Counsel for Defendant, University of Pennsylvania*