**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | ) | |
| ASHA SMITH and EMMA NEDLEY, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 2:20-cv-02086-TJS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Hon. Timothy J. Savage |
| v. | ) | |
| | ) | |
| UNIVERSITY OF PENNSYLVANIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**DEFENDANT UNIVERSITY OF PENNSYLVANIA'S
MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant University of Pennsylvania ("Penn") hereby moves the Court to dismiss Plaintiffs' Consolidated Complaint. Penn also respectfully requests that oral argument be held on this motion.

The motion will be based on the accompanying memorandum of law, the Declaration of Sharon Pepe, Exhibits A & B thereto, the Declaration of Michael L. Kidney, Exhibits 1-14 thereto, a proposed order, any oral argument, and on all other pleadings, papers, and other documents on file herein.

Dated: September 21, 2020

Respectfully submitted,

By: /s/Virginia A. Gibson
Virginia A. Gibson, Esq. (Pa. Bar No. 32520)
virginia.gibson@hoganlovells.com
HOGAN LOVELLS US LLP
1735 Market Street; Floor 23
Philadelphia, PA 19103
Telephone: (267) 675-4635

1

Facsimile: (267) 675-4601

Michael L. Kidney (admitted *pro hac vice*)
Jessica L. Ellsworth (*pro hac vice* pending)
James W. Clayton (admitted *pro hac vice*)
Benjamin A. Field (*pro hac vice* pending)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone:     (202) 637-5600
Facsimile:     (202) 637-5910

*Attorneys for Defendant University of Pennsylvania*