## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ASHA SMITH and EMMA                    )
NEDLEY, individually and on behalf     )
of all others similarly situated,      )
                                       )
    Plaintiffs,    )
                                       )   CASE NO. 2:20-CV-02086-TJS
    v.             )
                                       )
UNIVERSITY OF                          )
PENNSYLVANIA,                          )
                                       )
    Defendant.     )
                                       )

**DECLARATION OF SHARON PEPE IN SUPPORT OF DEFENDANT UNIVERSITY OF PENNSYLVANIA'S MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

I, Sharon Pepe, declare and state as follows:

1. I am over 18 years of age and otherwise competent to testify as to the matters herein, which are based on my personal knowledge. I make this declaration in support of Defendant University of Pennsylvania ("Penn")'s Motion to Dismiss the Consolidated Complaint.

2. I am currently employed by Penn as the University Bursar. As part of my responsibilities at Penn, I am familiar with the Financial Responsibility Statement that students must review and agree to annually before making tuition and other payments through Penn.Pay, Penn's online billing system. I am also familiar with the systems Penn uses to store and display the records of students' agreement.

\\BA - 057471/003040 - 857149 v2

3.    According to Penn's records, Asha Smith clicked on the "I agree" button on August 14, 2019, indicating that she had "read" and "accepted" the terms set forth in the version of the Financial Responsibility Statement that is attached as Exhibit A.

4.    According to Penn's records, Emma Nedley clicked on the "I agree" button on August 20, 2019, indicating that she had "read" and "accepted" the terms set forth in the version of the Financial Responsibility Statement that is attached as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this this declaration is executed this __11__th day of September, 2020 at Philadelphia, Pennsylvania.

Sharon Pepe

\\BA - 057471/003040 - 857149 v2