# EXHIBIT A

# University of Pennsylvania Financial Responsibility Statement

Financial Responsibility Statement

University of Pennsylvania

Please review the following information regarding student financial responsibility and disclosures.

- **Financial Obligation**: By registering for class(es) offered by the University of Pennsylvania, I am agreeing to pay tuition, fees and other charges associated with my enrollment in these classes on or before the scheduled due dates. This constitutes a legal financial obligation.

- **Tuition & Fees**: I understand that my school publishes tuition and fee schedules. The PennBook (https://catalog.upenn.edu/pennbook/) documents policies and procedures regarding changes or cancellation of my registration. I am aware that non-attendance does not relieve me of my financial responsibility for the class(es) I signed up for.

- **Registration/Graduation Hold**: I understand that if I have outstanding financial obligations to the University, I cannot register for additional classes and the University will not provide me with an official transcript or diploma while there are amounts outstanding.

- **Method of Billing**: I consent to conduct business electronically with the University. This includes but is not limited to receiving billing information through my online student account available via Penn.Pay.  I am responsible for viewing and paying my student account by the scheduled due dates.

- **Methods of Communications**: I understand that the University of Pennsylvania uses my email address to communicate important updates or information about my student account, student financial aid award, or student loans. I authorize the University of Pennsylvania or its authorized agents to contact me by mail, email or by phone, including any cell phone numbers I provide.

- **Updating my Contact Information**: I understand that it is my responsibility to keep the University of Pennsylvania apprised of any changes in my mailing address, email address or phone number(s).

- **Permission to Share Academic/Financial Information**: I understand that the University cannot, by federal student privacy law (FERPA), discuss my academic or financial records with a third party, including parents.  I can explicitly authorize Penn to share information by updating my privacy and emergency profile from Penn InTouch.

- **Late Payment Penalty Fee:** I agree that if I fail to pay any charges on my student account by the due date, I may be charged late payment penalty fees as published by Student Registration and Financial Services.

- **Returned Payment Fee:** I agree that, if a payment made to my student account is returned by the bank for any reason, I will repay the original amount of the payment plus a reasonable returned payment/insufficient funds fee, in addition to the fees that my bank might assess.

- **Financial Aid**: I agree that, in the event financial aid is reduced or cancelled, or in the event that I have not met the specified requirements for receiving such aid, I will become responsible for the full balance of the outstanding charges.

- **Health Insurance**: I agree that if I fail to waive the University Health Insurance requirement by the appropriate semester deadline, I will be enrolled in the Penn Student Insurance Plan for the remainder of the semester and will be obligated to pay the insurance plan charge.

- **Collection Charges and Fees**: I understand and accept that if I fail to pay my student account or any monies due and owing to the University of Pennsylvania by the scheduled due date and fail to make acceptable payment arrangements to bring my account current, the University of Pennsylvania may refer my delinquent account to a collection agency. I further understand that if the University of Pennsylvania refers my student account balance to a third party for collection, a collection administrative fee, as well as additional collection costs, will be assessed and will be due in full to the University. The collection costs will be calculated at the maximum amount permitted by applicable law, but not to exceed 40% of the amount outstanding. For purposes of this provision, the third party may be a debt collection agency or attorney. I shall also be responsible for any court costs associated with collection of my student account.

- **Reporting Past Due Accounts to Credit Bureaus:** In the event my account is placed with a collection agency, I agree that the University of Pennsylvania has the right to have the collection agency report the delinquent balance to the credit bureaus.

- **Electronic Delivery of IRS Form 1098-T**: I must opt-in annually to Heartland ECSI�s process to receive IRS Form 1098-T electronically, which is necessary to obtain a tax credit.  I understand that I will not receive a 1098-T form if I do not supply the University of Pennsylvania with a Social Security Number or Tax Identification Number.  Not consenting or opting-out of Heartland ECSI�s electronic 1098-T process will result in having the Form 1098-T go through the postal service to an address on file which I must keep up to date. I can update my address on PennInTouch or by contacting the Registrar�s Office.

- **Student Age**: I understand that if I am younger than the applicable age of majority when I execute this agreement that the education services provided by the University are a necessity, and I am contractually obligated pursuant to the �doctrine of necessaries.�

By clicking on the �I agree� button, I acknowledge that I have read, and accepted the Terms and Conditions described above.