## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ASHA SMITH and EMMA NEDLEY, individually and on behalf of all others similarly situated,

             Plaintiffs,

             v.

UNIVERSITY OF PENNSYLVANIA,

             Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:20-cv-02086-TJS

Hon. Timothy J. Savage

## DECLARATION OF MICHAEL L. KIDNEY IN SUPPORT OF
## DEFENDANT UNIVERSITY OF PENNSYLVANIA'S
## MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT

I, Michael L. Kidney, declare that I am over 18 years of age and otherwise competent to testify as to the matters herein, which are based on my personal knowledge:

1.     I am an attorney with Hogan Lovells US LLP and am a member of the bar of the District of Columbia and am admitted *pro hac vice* to practice before this Court in the above-captioned matter. I represent Defendant University of Pennsylvania ("Penn") in the above-captioned matter. I submit this declaration in support of Penn's Motion to Dismiss Plaintiffs' Complaint.

2.     Attached as Exhibit 1 is a true and correct copy of the March 6, 2020 Proclamation of Emergency Disaster from the Office of the Governor of the Commonwealth of Pennsylvania. This exhibit was printed on September 14, 2020 from the following web address:

1

https://www.governor.pa.gov/wp-content/uploads/2020/03/20200306-COVID19-Digital-Proclamation.pdf.

3.      Attached as Exhibit 2 is a true and correct copy of the opening remarks by the Director-General of the World Health Organization at the March 11, 2020 media briefing on COVID-19.  This exhibit was printed on September 14, 2020 from the following web address: https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020.

4.      Attached as Exhibit 3 is a true and correct copy of a March 14, 2020 message from Penn's Provost Wendell Pritchett to Penn Families.  This exhibit was printed on September 14, 2020 from the following web address: https://coronavirus.upenn.edu/students/email-march-15.

5.      Attached as Exhibit 4 is a true and correct copy of Penn's Three-Year Academic Calendar, 2019-2020 through 2021-2022.  This exhibit was printed on September 14, 2020 from the following web address:  https://almanac.upenn.edu/uploads/media/AcademicCalendar2019-2022.pdf.

6.      Attached as Exhibit 5 is a true and correct copy of a March 16, 2020 announcement from the City of Philadelphia.  This exhibit was printed on September 14, 2020 from the following web address:  https://www.phila.gov/2020-03-16-city-announces-new-restrictions-on-business-activity-in-philadelphia/.

7.      Attached as Exhibit 6 is a true and correct copy of the March 23, 2020 Order of the Governor of the Commonwealth of Pennsylvania for Individuals to Stay at Home.  This exhibit was printed on September 14, 2020 from the following web address:

https://www.governor.pa.gov/wp-content/uploads/2020/03/03.23.20-TWW-COVID-19-Stay-at-Home-Order.pdf.

8.     Attached as Exhibit 7 is a true and correct copy of the May 7, 2020 Amendment to Order of the Governor of the Commonwealth of Pennsylvania for Individuals to Stay at Home. This exhibit was printed on September 14, 2020 from the following web address: https://www.governor.pa.gov/wp-content/uploads/2020/05/20200507-TWW-Stay-at-Home-Order-Amendment.pdf.

9.     Attached as Exhibit 8 is a true and correct copy of excerpts from Penn's responses to students' frequently asked questions. This exhibit was printed on September 14, 2020 from the following web address: https://coronavirus.upenn.edu/students-families/student-faq.

10.    Attached as Exhibit 9 is a true and correct copy of a March 15, 2020 message from Penn libraries. This exhibit was printed on September 14, 2020 from the following web address: https://coronavirus.upenn.edu/announcement/message-penn-libraries.

11.    Attached as Exhibit 10 is a true and correct copy of Penn's Student Financial Responsibility Statement. This exhibit was printed on September 14, 2020 from the following web address: https://srfs.upenn.edu/policies-publications/student-financial-responsibility-statement.

12.    Attached as Exhibit 11 is a true and correct copy of excerpts from the Pennbook for the 2019-2020 academic year. This exhibit was printed on September 14, 2020 from the following web address: https://catalog.upenn.edu/pdf/2019-20-pennbook.pdf.

13.    Attached as Exhibit 12 is a true and correct copy (after the advertisements were removed) of an August 11, 2020 news article by Dan Stamm, entitled "Penn Tells Students to Stay Home Amid Coronavirus, Offers Tuition Cuts." This exhibit was printed on September 16,

3

2020 from the following web address:

https://www.nbcphiladelphia.com/news/coronavirus/covid-on-campus/penn-tells-students-to-stay-home-amid-coronavirus-offers-tuition-cuts/2498291/.

14.    Attached as Exhibit 13 is a true and correct copy of an August 31, 2020 Opinion and Order in *Zwiker v. Lake Superior State University*, Case No. 20-000070-MK (Mich. Ct. Claims).

15.    Attached as Exhibit 14 is a true and correct copy of an April 23, 2020 announcement entitled "Penn will not apply for CARES Act funding." This exhibit was printed on September 14, 2020 from the following web address:

https://penntoday.upenn.edu/announcements/penn-will-not-apply-cares-act-funding.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of September 2020, at Washington, D.C.


Michael L. Kidney

4