# EXHIBIT 4

# University of Pennsylvania
## Three-Year Academic Calendar, 2019-2020 through 2021-2022

| Fall | 2019 Fall Term | 2020 Fall Term | 2021 Fall Term |
|---|---|---|---|
| Move-in for First Year Students | August 21 | TBD | August 25 |
| New Student Orientation | August 21-26 | August 24-31 | August 25-30 |
| Opening Exercises and Freshman Convocation | August 26 | August 31 | August 30 |
| First day of classes | August 27 | September 1 | August 31 |
| Labor Day (no classes) | September 2 | September 7 | September 6 |
| Course Selection Period ends | September 10 | September 15 | (to be decided) |
| Fall Term Break | October 10-13 | CANCELLED | October 14-17 |
| Drop Period ends | October 7 | October 12 | (to be decided) |
| Classes resume | October 14 | N/A | October 18 |
| Grade Type Change Deadline | October 25 | October 30 | (to be decided) |
| Family Weekend | November 1-3 (Brown) | October 16-18 (Columbia) | October 29-31 (Brown) |
| Advance Registration for Spring Term | October 28-November 10 | November 2-15 | (to be decided) |
| Last day to withdraw from a course | November 4 | November 9 | (to be decided) |
| Homecoming | November 9 (Cornell) | November 14 (Harvard) | November 6 (Cornell) |
| Thur-Fri class schedule on Tue-Wed | November 26-27 | November 24-25 | November 23-24 |
| Thanksgiving Break | November 28-December 1 | November 26-29 | November 25-28 |
| Classes resume | December 2 | November 30 | November 29 |
| Last day of classes | December 9 | December 10 | December 10 |
| Reading Days | December 10-11 | December 11-14 | December 11-14 |
| Final Examinations | December 12-19 | December 15-22 | December 15-22 |
| Fall Term ends | December 19 | December 22 | December 22 |
| **Spring** | **2020 Spring Term** | **2021 Spring Term** | **2022 Spring Term** |
| First day of classes | January 15 (Monday classes) | January 13 (Monday classes) | January 12 (Monday classes) |
| MLK, Jr. Day observed (no classes) | January 20 | January 18 | January 17 |
| Course Selection Period ends | January 28 | January 26 | (to be decided) |
| Drop Period ends | February 24 | February 22 | (to be decided) |
| Spring Term Break | March 7-22 | March 6-14 | March 5-13 |
| Classes resume | March 23 | March 15 | March 14 |
| Last day to withdraw from a course | April 13 | March 29 | (to be decided) |
| Advance Registration for Fall Term & Summer Registration | April 14-24 | March 22-April 4 | (to be decided) |
| Grade Type Change Deadline | April 29 | March 19 | (to be decided) |
| Last day of classes | April 29 | April 28 | April 27 |
| Reading Days | April 30-May 3 | April 29-May 2 | April 28-May 1 |
| Final Examinations | May 4-12 | May 3-11 | May 2-10 |
| Spring Term ends | May 12 | May 11 | May 10 |
| Alumni Day | May 16 | May 15 | May 14 |
| Baccalaureate | [Cancelled] | May 16 | May 15 |
| Commencement | May 18 | May 17 | May 16 |
| **Summer** | **2020 Summer Term** | **2021 Summer Term** | **2022 Summer Term** |
| 11-Week Session classes begin | May 26 | May 24 | May 23 |
| Session I classes begin | May 26 | May 24 | May 23 |
| Memorial Day observed (no classes) | May 25 | May 31 | May 30 |
| Session I classes end | July 1 | June 30 | June 29 |
| Session II classes begin | July 2 | July 1 | June 30 |
| Independence Day observed (no classes) | July 3 | July 5 | July 4 |
| Session II & 11-Week Session classes end | August 7 | August 6 | August 5 |

**Notes:**

Graduate and professional programs follow their own calendars with different registration/drop deadlines, which are typically available on the website of the school or program.

The College of Liberal and Professional Studies may have different registration/drop deadlines. Please visit the LPS website, *www.sas.upenn.edu/lps/* for more information.

Rosh Hashanah, Yom Kippur, the first two days of Passover and Good Friday are religious holidays that affect large numbers of University community members and that fall during the academic year. To view the University's policy regarding these and other holidays, please visit *https://catalog.upenn.edu/pennbook/secular-religious-holidays/*

The University's Three-Year Academic Calendar is subject to change.

In the event that changes are made, the latest, most up-to-date version will be posted to *Almanac's* website, *almanac.upenn.edu/penn-academic-calendar*