# EXHIBIT 7



COMMONWEALTH OF PENNSYLVANIA

OFFICE OF THE GOVERNOR

### *AMENDMENT TO ORDER OF*
### *THE GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA*
### *FOR INDIVIDUALS TO STAY AT HOME*

*WHEREAS, as the COVID-19 disaster emergency in the Commonwealth continues, my Administration has developed a measured and strategic approach to allowing Pennsylvanians to return to work safely in a manner designed to prevent a resurgence of the virus; and*

*WHEREAS, this strategic phased reopening of the Commonwealth will be done in the most effective, efficient, and risk-averse method possible to balance our return to economic stability, while at the same time continuing to keep Pennsylvanians safe by controlling the spread of disease; and*

*WHEREAS, it is necessary to extend the requirements in my Stay At Home Order during the phased reopening process, with the recognition that such requirements may be suspended for specific counties as part of the gradual and strategic approach to reopening the Commonwealth; and*

*WHEREAS, as of May 7, 2020, the Commonwealth of Pennsylvania has 52,915 persons who have tested positive or meet the requirements as probable cases for COVID-19 in all sixty-seven counties and reports 3,416 deaths from the virus.*

*NOW THEREFORE, I hereby amend my Order directing "Individuals to Stay at Home" dated April 1, 2020, as amended.*

*The first sentence of Section 2 is amended to read as follows:*

*This Order is effective immediately and will remain in effect through June 4, 2020.*

*The Order remains unchanged in every other respect.*



*GIVEN under my hand and the Seal of the Governor, at the city of Harrisburg, on this seventh day of May two thousand twenty, the year of the commonwealth the two hundred and forty-fourth.*

**TOM WOLF**
**Governor**