# EXHIBIT 8

Fall Semester Planning »



# Student FAQ

Research | Announcements | News | Resources | Travel | Contact | Dashboard

This information page will be updated frequently. Please revisit often.

## Student Housing- Retrieving Your Belongings

**A new FAQ has been added here.**

## For Seniors

Will there be Commencement?                                                                   ⌄

Will I be able to graduate?                                                                         ⌄

## For Graduate Students

I am a graduate student. How will I complete my labs?                          ⌄

What Penn Services are available? ⌄

I'm still on or near campus, where can I eat? ⌄

## Health and Wellness

I know I need to go home, but I'm afraid I won't have access to health care where I live. Will my Penn insurance work away from campus? ⌄

I see a counselor at Counseling and Psychological Services. Can I continue my therapy in person or remotely? ⌄

I see a clinician at Student Health Service. Can I continue my treatment in person or remotely? ⌄

I have a disability and/or have accommodations for my classes and tests. How will that work with virtual learning? ⌄

## Finance/ Financial Aid/Work Study

How can I speak to someone about my financial aid? ⌄

How did Penn handle refunds of housing and/or dining fees for Spring 2020? ⌃

Penn provided a pro-rated credit for spring semester housing and/or dining fees. For more information about how the credits were processed, visit Student Registration and Financial Services' **COVID-19 Update**s page.

I receive VA benefits to support my educational costs. Will the

University's transition to online education impact my receipt of those benefits? ⌄

I am making payments on student loans. Are there are forms of relief available to me? ⌄

Is Penn reducing any of its billed charges for the fall semester? ⌄

## Summer 2020

Can I continue to participate in the federal work-study program during the summer semester? ⌄

How can I apply for financial aid for summer classes? ⌄

I am a Highly Aided student who was hoping to take advantage of SRFS's summer internship funding. What is the final deadline for applying for these funds? ⌄

## Fall 2020

When will I hear about my financial aid package for the 2020-2021 academic year? ⌄

## Accessing Student Services Remotely

I don't have a summer internship or full-time job yet. How can I work

I don't have access to [...]
with Career Services when I'm not on campus?

## Student Travel Information

I've been traveling for Spring Break and I'm worried about my health. What should I do? ⌄

I am studying or researching abroad. Do I need to come back now and go home? Can I wait? ⌄

I was supposed to travel this semester for Penn credit or a Penn activity. Is it cancelled? ⌄

What about personal travel? If I can't be at Penn, I may want to see friends or family elsewhere. ⌄

If I am detained, quarantined, or held for further screening during my travels, should I contact Penn? ⌄

I still have questions about travel and COVID-19. ⌄

## Academic

I have questions related to Online Learning and Academics. Where should I go? ⌄

Will Penn be having summer courses online or in-person? ⌄

Is Penn going to online classes for the Fall 2020 Semester? ⌄

## Can I still get help with writing assignments from the Writing Center?

Yes, the Writing Center is now fully online at **https://upenn.mywconline.com**, with extended hours on a special online platform. Students can get one-on-one online appointments to work directly with a tutor on any phase and genre of writing, including reading and revising drafts together, brainstorming, researching, writing, and proofreading.

## Mail & Packages

I have a specific question about a package. What should I do?

How do I forward my mail and packages?

Last updated: July 09, 2020 - 11:09am

CONTACT US

*coronavirus@upenn.edu »*



©2020 University of Pennsylvania