# EXHIBIT 11



# TABLE OF CONTENTS

Pennbook ........................................................................ 2

Academic Policy for Participation in Intercollegiate Athletics ................. 5

Academic Rules for PhD Programs ........................................ 9

Academic Rules for Research Master's Programs ................................. 15

Alcohol and Other Drug Policy .................................................... 16

Antihazing Regulations ............................................................ 22

Bicycle Policy ....................................................................... 23

Canvassing ......................................................................... 25

Charter of the University of Pennsylvania Student Disciplinary System
........................................................................................ 26

Classroom Guidelines ................................................................ 35

Closed Circuit Television Monitoring and Recording of Public Areas for
Safety and Security Purposes .............................................. 36

Code of Academic Integrity ........................................................ 39

Code of Student Conduct ........................................................ 40

Concerts Policy ....................................................................... 41

Confidentiality of Student Records .............................................. 42

Confiscation of Publications .................................................... 45

Contracts ............................................................................. 46

Dean's List ........................................................................... 47

Drug Free Workplace ................................................................ 48

Equal Opportunity and Affirmative Action Policy ..................................... 49

Evaluation and Certification of the English Fluency of Undergraduate
Instructional Personnel ............................................... 50

Faculty Authority to Assign Grades and Academic Integrity .................. 53

Fairness of Authorship Credit in Collaborative Faculty-Student
Publications for PhD, AM, and MS Students ............................................ 54

Family Friendly Policies for PhD Students .............................................. 56

Financial Policies .................................................................... 57

First-Year Housing and Dining Requirement ............................................ 58

Fraternity / Sorority Advisory Board Disciplinary Chapter ....................... 59

Fundraising Guidelines .............................................................. 64

Graduation Honors .................................................................. 65

Guidelines for Addressing Academic Issues of Students with Disabilities
........................................................................................ 66

Guidelines for Research in the Community ............................................ 68

Guidelines for Student Protection in Sponsored Research Projects ....... 69

Guidelines for the Operation of Unmanned Aircraft Systems at the
University of Pennsylvania ........................................................ 70

Guidelines on Open Expression ............................................................ 72

Involuntary Leave of Absence Policy ..................................................... 77

Missing Students Notification Policy ..................................................... 79

Parking Regulations ................................................................ 80

Patent and Tangible Research Property Policies and Procedures .......... 81

Photocopying for Educational Purposes ................................................ 94

Policy on Acceptable Use of Electronic Resources ................................. 96

Policy on Class Meeting Times ..................................................... 99

Policy on Common Midterm Examinations ........................................... 100

Policy on Military Leave .......................................................... 101

Policy on Privacy in the Electronic Environment ................................... 102

Policy on Secular and Religious Holidays ............................................. 104

Policy on Undergraduate Students, High School Students and Non-
affiliates Participating in Research in Penn Research Facilities .......... 105

Policy on University Drivers and Mandatory Safety Training ............... 107

Policy on University Recognition of Undergraduate Honor Societies
........................................................................................ 108

Policy Regarding Human Subject Research in the Sociobehavioral
Sciences ............................................................................. 109

Political Candidates ............................................................... 112

Poster Policy ....................................................................... 113

Procedures Regarding Misconduct in Research for Nonfaculty members
of the Research Community ................................................... 115

Recognition and Governance of Undergraduate Social Fraternities and
Sororities ............................................................................. 118

Resources for Student Bereavement ..................................................... 123

Revocation of Degrees ............................................................ 125

Rules Governing Final Examinations ..................................................... 128

Sexual Misconduct Policy, Resource Offices and Complaint Procedures
........................................................................................ 129

Student Activities Council Funding Policies and Guidelines for Student
Groups .............................................................................. 148

Student Grievance Procedures ............................................................. 150

Suspension of Normal Operations ....................................................... 151

Tobacco-Free Campus Policy ............................................................... 152

Unauthorized Copying or Use of Licensed Software ............................. 153

University of Pennsylvania Nondiscrimination Statement ................... 154

University of Pennsylvania Required Disclosures ................................. 155

Use of Facilities ................................................................... 157

Use of University Name Policy ............................................................ 158

Vending Policy ...................................................................... 159

Index ................................................................................. 161

2    *Pennbook*

# PENNBOOK

The Pennbook is a collection of policies that relate to student life at the University of Pennsylvania. These policies govern academic activities such as grading and exams, provide guidance on the use of campus resources, and explain expectations for membership in the university community.

The two most important policies in the Pennbook are the Code of Student Conduct (p. 40) and the Code of Academic Integrity (p. 39). These two policies outline the general responsibilities of being a student at Penn. All students are expected to have read and understood both policies before coming to campus.

If you live on campus, consult the Residential Handbook (https://cms.business-services.upenn.edu/residential-services-handbook/handbook.html) for the policies, rules, and regulations that govern living in Penn's residential community.

For policies governing faculty, please consult the Faculty Handbook (http://catalog.upenn.edu/faculty-handbook). For those governing Penn employees, see the Human Resources Policy Manual (https://www.hr.upenn.edu/policies-and-procedures/policy-manual).

## View Policies A-Z (p. 2)
## View Policies by Topic (p. 3)

### A

- Academic Policy for Participation in Intercollegiate Athletics (p. 5)
- Academic Rules for PhD Programs (p. 9)
- Academic Rules for Research Master's Programs (p. 15)
- Alcohol and Other Drug Policy (p. 16)
- Antihazing Regulations (p. 22)

### B

- Bicycle Policy (p. 23)

### C

- Canvassing (p. 25)
- Charter of the University of Pennsylvania Student Disciplinary System (p. 26)
- Classroom Guidelines (p. 35)
- Closed Circuit Television Monitoring and Recording of Public Areas for Safety and Security Purposes (p. 36)
- Code of Academic Integrity (p. 39)
- Code of Student Conduct (p. 40)
- Concerts Policy (p. 41)
- Confidentiality of Student Records (p. 42)
- Confiscation of Publications (p. 45)
- Contracts (p. 46)

### D

- Dean's List (p. 47)
- Drug Free Workplace (p. 48)

### E

- Equal Opportunity and Affirmative Action Policy (p. 49)
- Evaluation and Certification of the English Fluency of Undergraduate Instructional Personnel (p. 50)

### F

- Faculty Authority to Assign Grades and Academic Integrity (p. 53)
- Fairness of Authorship Credit in Collaborative Faculty-Student Publications for PhD, AM, and MS Students (p. 54)
- Family Friendly Policies for PhD Students (p. 56)
- Financial Policies (p. 57)
- First-Year Housing and Dining Requirement (p. 58)
- Fraternity / Sorority Advisory Board Disciplinary Chapter (p. 59)
- Fundraising Guidelines (p. 64)

### G

- Graduation Honors (p. 65)
- Guidelines for Addressing Academic Issues of Students with Disabilities (p. 66)
- Guidelines for Research in the Community (p. 68)
- Guidelines for Student Protection in Sponsored Research Projects (p. 69)
- Guidelines for the Operation of Unmanned Aircraft Systems at the University of Pennsylvania (p. 70)
- Guidelines on Open Expression (p. 72)

### I

- Involuntary Leave of Absence Policy (p. 77)

### M

- Missing Students Notification Policy (p. 79)

### P

- Parking Regulations (p. 80)
- Patent and Tangible Research Property Policies and Procedures (p. 81)
- Photocopying for Educational Purposes (p. 94)
- Policy on Acceptable Use of Electronic Resources (p. 96)
- Policy on Class Meeting Times (p. 99)
- Policy on Common Midterm Examinations (p. 100)
- Policy on Military Leave (p. 101)
- Policy on Privacy in the Electronic Environment (p. 102)
- Policy on Secular and Religious Holidays (p. 104)
- Policy on Undergraduate Students, High School Students and Non-affiliates Participating in Research in Penn Research Facilities (p. 105)
- Policy on University Drivers and Mandatory Safety Training (p. 107)
- Policy on University Recognition of Undergraduate Honor Societies (p. 108)
- Policy Regarding Human Subject Research in the Sociobehavioral Sciences (p. 109)
- Political Candidates (p. 112)
- Poster Policy (p. 113)

- Procedures Regarding Misconduct in Research for Nonfaculty members of the Research Community (p. 115)

## R

- Recognition and Governance of Undergraduate Social Fraternities and Sororities (p. 118)
- Resources for Student Bereavement (p. 123)
- Revocation of Degrees (p. 125)
- Rules Governing Final Examinations (p. 128)

## S

- Sexual Misconduct Policy, Resource Offices and Complaint Procedures (p. 129)
- Student Activities Council Funding Policies and Guidelines for Student Groups (p. 148)
- Student Grievance Procedures (p. 150)
- Suspension of Normal Operations (p. 151)

## T

- Tobacco-Free Campus Policy (p. 152)

## U

- Unauthorized Copying or Use of Licensed Software (p. 153)
- University of Pennsylvania Nondiscrimination Statement (p. 154)
- University of Pennsylvania Required Disclosures (p. 155)
- Use of Facilities (p. 157)
- Use of University Name Policy (p. 158)

## V

- Vending Policy (p. 159)

## Note on Former Policies:

- **Consensual Sexual Relations Between Faculty and Students**—Effective on July 1, 2019, the University has a new policy, Consensual Romantic and Sexual Relations in Workplace and Educational Settings, which is part of its Sexual Misconduct Policy (p. 129). The current Policy may be found in the Sexual Misconduct Policy (p. 129).
- **Sexual Harassment Policy** – Effective on July 1, 2019, the University's Sexual Harassment Policy was updated and incorporated into its new Sexual Misconduct Policy (p. 129). The current Policy may be found in the Sexual Misconduct Policy (p. 129).
- **Sexual Violence, Relationship Violence, and Stalking Policy**—Effective on July 1, 2019, the Sexual Violence, Relationship Violence, and Stalking Policy was incorporated into the Sexual Misconduct Policy (p. 129). The University's current Policy may be found in the Sexual Misconduct Policy (p. 129).
- **Student Disciplinary Procedures for Resolving Complaints of Sexual Assault, Sexual Violence, Relationship Violence and Stalking**—Effective on July 1, 2019, the University's Procedures for resolving complaints of sexual misconduct, including sexual harassment and sexual violence, relationship violence and stalking, were incorporated into the new Sexual Misconduct Policy (p. 129). The current procedures and resources available to resolve complaints or concerns against another member of the University community may be found may be found in the Sexual Misconduct Policy (p. 129).

# View Policies by Topic

## Academics

- Academic Policy for Participation in Intercollegiate Athletics (p. 5)
- Academic Rules for PhD Programs (p. 9)
- Academic Rules for Research Master's Programs (p. 15)
- Classroom Guidelines (p. 35)
- Code of Academic Integrity (p. 39)
- Confidentiality of Student Records (p. 42)
- Dean's List (p. 47)
- Equal Opportunity and Affirmative Action Policy (p. 49)
- Evaluation and Certification of the English Fluency of Undergraduate Instructional Personnel (p. 50)
- Faculty Authority to Assign Grades and Academic Integrity (p. 53)
- Fairness of Authorship Credit in Collaborative Faculty-Student Publications for PhD, AM, and MS Students (p. 54)
- Family Friendly Policies for PhD Students (p. 56)
- Financial Policies (p. 57)
- Graduation Honors (p. 65)
- Guidelines for Addressing Academic Issues of Students with Disabilities (p. 66)
- Guidelines for Student Protection in Sponsored Research Projects (p. 69)
- Photocopying for Educational Purposes (p. 94)
- Policy on Class Meeting Times (p. 99)
- Policy on Common Midterm Examinations (p. 100)
- Policy on Military Leave (p. 101)
- Policy on Secular and Religious Holidays (p. 104)
- Policy on University Recognition of Undergraduate Honor Societies (p. 108)
- Revocation of Degrees (p. 125)
- Rules Governing Final Examinations (p. 128)
- Student Grievance Procedures (p. 150)
- University of Pennsylvania Required Disclosures (p. 155)

## Campus Resources & Community

- Bicycle Policy (p. 23)
- Confiscation of Publications (p. 45)
- Equal Opportunity and Affirmative Action Policy (p. 49)
- Family Friendly Policies for PhD Students (p. 56)
- Financial Policies (p. 57)
- Guidelines for Addressing Academic Issues of Students with Disabilities (p. 66)
- Guidelines for the Operation of Unmanned Aircraft Systems at the University of Pennsylvania (p. 70)
- Guidelines on Open Expression (p. 72)
- Missing Students Notification Policy (p. 79)
- Policy on Acceptable Use of Electronic Resources (p. 96)
- Policy on Privacy in the Electronic Environment (p. 102)
- Policy on Secular and Religious Holidays (p. 104)
- Political Candidates (p. 112)
- Recognition and Governance of Undergraduate Social Fraternities and Sororities (p. 118)

4    *Pennbook*

- Sexual Misconduct Policy, Resource Offices and Complaint Procedures (p. 129)
- Student Grievance Procedures (p. 150)
- Suspension of Normal Operations (p. 151)
- Unauthorized Copying or Use of Licensed Software (p. 153)
- University of Pennsylvania Nondiscrimination Statement (p. 154)
- University of Pennsylvania Required Disclosures (p. 155)
- Use of University's Name (p. 158)

## Conduct & Personal Responsibility

- Antihazing Regulations (p. 22)
- Bicycle Policy (p. 23)
- Canvassing (p. 25)
- Charter of the University of Pennsylvania Student Disciplinary System (p. 26)
- Code of Academic Integrity (p. 39)
- Code of Student Conduct (p. 40)
- Consensual Sexual Relations Between Faculty and Students: Effective on July 1, 2019, the University has a new policy, Consensual Romantic and Sexual Relations in Workplace and Educational Settings, which is part of its Sexual Misconduct Policy (p. 129). The current Policy may be found in the Sexual Misconduct Policy (p. 129).
- Faculty Authority to Assign Grades and Academic Integrity (p. 53)
- Fairness of Authorship Credit in Collaborative Faculty-Student Publications for PhD, AM, and MS Students (p. 54)
- Fraternity / Sorority Advisory Board Disciplinary Charter (p. 59)
- Guidelines on Open Expression (p. 72)
- Involuntary Leave of Absence (p. 77)
- Policy on Acceptable Use of Electronic Resources (p. 96)
- Policy on Privacy in the Electronic Environment (p. 102)
- Sexual Harassment Policy: Effective on July 1, 2019, the University's Sexual Harassment Policy was updated and incorporated into its new Sexual Misconduct Policy (p. 129). The current Policy may be found in the Sexual Misconduct Policy (p. 129).
- Sexual Misconduct Policy, Resource Offices and Complaint Procedures (p. 129)
- Sexual Violence, Relationship Violence, and Stalking Policy: Effective on July 1, 2019, the Sexual Violence, Relationship Violence, and Stalking Policy was incorporated into the Sexual Misconduct Policy (p. 129). The University's current Policy may be found in the Sexual Misconduct Policy (p. 129).
- Student Disciplinary Procedures for Resolving Complaints of Sexual Assault, Sexual Violence, Relationship Violence and Stalking: Effective on July 1, 2019, the University's Procedures for resolving complaints of sexual misconduct, including sexual harassment and sexual violence, relationship violence and stalking, were incorporated into the new Sexual Misconduct Policy (p. 129). The current procedures and resources available to resolve complaints or concerns against another member of the University community may be found may be found in the Sexual Misconduct Policy (p. 129).
- Tobacco-Free Campus Policy (p. 152)
- Unauthorized Copying or Use of Licensed Software (p. 153)

## Employment / Research

- Drug Free Workplace (p. 48)
- Equal Opportunity and Affirmative Action Policy (p. 49)
- Guidelines for Research in the Community (p. 68)
- Guidelines for Student Protection in Sponsored Research Projects (p. 69)
- Patent and Tangible Research Property Policies and Procedures (p. 81)
- Policy on Military Leave (p. 101)
- Policy on Undergraduate Students, High School Students, and Non-Affiliates Participating in Research in Penn Research Facilities (p. 105)
- Policy on University Drivers and Mandatory Safety Training (p. 107)
- Policy Regarding Human Subject Research in the Sociobehavioral Sciences (p. 109)
- Procedures Regarding Misconduct in Research for Nonfaculty members of the Research Community (p. 115)

## Facilities & Transportation

- Classroom Guidelines (p. 35)
- Closed Circuit Television Monitoring and Recording of Public Areas for Safety and Security Purposes (p. 36)
- Guidelines for the Operation of Unmanned Aircraft Systems at the University of Pennsylvania (p. 70)
- Parking Regulations (p. 80)
- Policy on University Drivers and Mandatory Safety Training (p. 107)
- Poster Policy (p. 113)
- Use of Facilities (p. 157)
- Vending Policy (p. 159)

## Student Groups

- Antihazing Regulations (p. 22)
- Canvassing (p. 25)
- Concerts Policy (p. 41)
- Confiscation of Publications (p. 45)
- Contracts (p. 46)
- Fraternity / Sorority Advisory Board Disciplinary Charter (p. 59)
- Guidelines on Open Expression (p. 72)
- Policy on University Drivers and Mandatory Safety Training (p. 107)
- Policy on University Recognition of Undergraduate Honor Societies (p. 108)
- Political Candidates (p. 112)
- Poster Policy (p. 113)
- Recognition and Governance of Undergraduate Social Fraternities and Sororities (p. 118)
- Student Activities Council Funding Policies and Guidelines for Student Groups (p. 148)
- Use of Facilities (p. 157)
- Use of University's Name (p. 158)
- Vending Policy (p. 159)

# FINANCIAL POLICIES

**Note:** Please contact your home school representative regarding rules for Graduate, Professional, LPS and other Special Programs.

## Payment of Tuition, Fees, and Other Charges

All amounts billed to students are due on the due date indicated on the bill. You will receive an email notification each month when a new billing statement is available on Penn.Pay (Penn's electronic billing service). Students whose parents or other payers are making payments are reminded that you (the student) must invite them to be an 'other payer' on Penn.Pay so that they can both view and pay your bill. Payments must be made on or before the due date. Payments can be made online, by check, wire transfer or in person. Please refer to the Student Financial Services web site at http://www.sfs.upenn.edu/paymybill/index.htm. Balances remaining beyond the due date are subject to a late payment penalty of 1.5% per month, which will appear on the next statement. A student could be placed on Financial Hold if bills remain unpaid which will jeopardize continuing enrollment and future registration.

## Failure to Pay

The University reserves the right to withhold registration, transcripts, diplomas and all other information regarding the record of any student who is in arrears in the payment of tuition, fees, or any other charges, including student loans, The enforcement of this  policy shall not relieve the student of the obligation to pay any outstanding fees and charges.

## Withdrawal/Leave of Absence: Reduction of Tuition and Fees

A student who withdraws from the University (or who is requested to withdraw for failure to maintain a satisfactory scholastic standing) or who is granted a leave of absence from a full-time division of the University during either term of the academic year will be eligible for a reduction in tuition and fees in accordance with the conditions set forth below.

The effective date of separation from the University is the date the student files a written request for withdrawal or leave of absence.

A student who is required to withdraw because of a violation of University regulations shall receive no tuition refund.
For all other students, term charges will be adjusted as follows:

| If you leave within the: | Percentage Reduction in Tuition and Fees |
|---|---|
| First two weeks of class | 100% |
| Third and fourth weeks of class | 50% |
| Thereafter | 0% |

In the case of students receiving financial aid, eligibility for the term will be determined based on actual charges and prorated allowances for living expenses.

For rules regarding reductions in residence and meal contract charges, see the current year's Residential Handbook (http://www.business-services.upenn.edu/housing/assets/pdf/handbook0910.pdf) and the terms and conditions of meal plans (http://www.business-services.upenn.edu/dining).

# INDEX

## A

Academic Policy for Participation in Intercollegiate Athletics ................... 5

Academic Rules for PhD Programs ......................................... 9

Academic Rules for Research Master's Programs ................................. 15

Alcohol and Other Drug Policy ........................................... 16

Antihazing Regulations ................................................. 22

## B

Bicycle Policy ......................................................... 23

## C

Canvassing ............................................................ 25

Charter of the University of Pennsylvania Student Disciplinary System ... 26

Classroom Guidelines .................................................. 35

Closed Circuit Television Monitoring and Recording of Public Areas for Safety and Security Purposes ........................................... 36

Code of Academic Integrity .............................................. 39

Code of Student Conduct ................................................ 40

Concerts Policy ....................................................... 41

Confidentiality of Student Records ........................................ 42

Confiscation of Publications ............................................. 45

Contracts ............................................................. 46

## D

Dean's List ........................................................... 47

Drug Free Workplace ................................................... 48

## E

Equal Opportunity and Affirmative Action Policy ........................... 49

Evaluation and Certification of the English Fluency of Undergraduate Instructional Personnel ................................................ 50

## F

Faculty Authority to Assign Grades and Academic Integrity ................... 53

Fairness of Authorship Credit in Collaborative Faculty-Student Publications for PhD, AM, and MS Students ........................................ 54

Family Friendly Policies for PhD Students ................................. 56

Financial Policies ..................................................... 57

First-Year Housing and Dining Requirement ............................... 58

Fraternity / Sorority Advisory Board Disciplinary Chapter ................... 59

Fundraising Guidelines ................................................. 64

## G

Graduation Honors .................................................... 65

Guidelines for Addressing Academic Issues of Students with Disabilities ... 66

Guidelines for Research in the Community ................................. 68

Guidelines for Student Protection in Sponsored Research Projects ........ 69

Guidelines for the Operation of Unmanned Aircraft Systems at the University of Pennsylvania ........................................... 70

Guidelines on Open Expression ......................................... 72

## I

Involuntary Leave of Absence Policy ..................................... 77

## M

Missing Students Notification Policy ..................................... 79

## P

Parking Regulations ................................................... 80

Patent and Tangible Research Property Policies and Procedures ........... 81

Pennbook .............................................................. 2

Photocopying for Educational Purposes .................................. 94

Policy on Acceptable Use of Electronic Resources ......................... 96

Policy on Class Meeting Times ......................................... 99

Policy on Common Midterm Examinations ............................... 100

Policy on Military Leave ............................................... 101

Policy on Privacy in the Electronic Environment .......................... 102

Policy on Secular and Religious Holidays ................................ 104

Policy on Undergraduate Students, High School Students and Non-affiliates Participating in Research in Penn Research Facilities ........... 105

Policy on University Drivers and Mandatory Safety Training ................ 107

Policy on University Recognition of Undergraduate Honor Societies .... 108

Policy Regarding Human Subject Research in the Sociobehavioral Sciences ........................................................... 109

Political Candidates ................................................... 112

Poster Policy ......................................................... 113

Procedures Regarding Misconduct in Research for Nonfaculty members of the Research Community ............................................ 115

## R

Recognition and Governance of Undergraduate Social Fraternities and Sororities ........................................................... 118

Resources for Student Bereavement ..................................... 123

Revocation of Degrees ................................................ 125

Rules Governing Final Examinations .................................... 128

## S

Sexual Misconduct Policy, Resource Offices and Complaint Procedures 129

Student Activities Council Funding Policies and Guidelines for Student Groups ............................................................. 148

Student Grievance Procedures ......................................... 150

Suspension of Normal Operations ...................................... 151

## T

Tobacco-Free Campus Policy ........................................... 152

162    *Index*

# U

Unauthorized Copying or Use of Licensed Software ............................. 153

University of Pennsylvania Nondiscrimination Statement .................... 154

University of Pennsylvania Required Disclosures .................................. 155

Use of Facilities ................................................................................. 157

Use of University Name Policy ............................................................. 158

# V

Vending Policy ................................................................................... 159