# EXHIBIT 14

# Penn will not apply for CARES Act funding

April 23, 2020

The University of Pennsylvania

As is true for all universities in the United States, the COVID-19 pandemic has had a significant financial impact on the University of Pennsylvania. Penn has experienced a substantial increase in costs to support students in the move from campus to online learning, combined with lost revenue across many areas of the University.

The CARES Act, which was recently passed by Congress, allows universities to apply for emergency relief funds to offset the impacts of the COVID-19 pandemic. Despite the serious financial impact to Penn as a result of the pandemic, after analyzing the full scope of the regulations involved, Penn has determined that it will not apply for nor accept the funds that would be available through the CARES Act.

Although Penn is declining to apply for these particular federal funds, our commitment to providing financial aid and support to students in need is unwavering, and we will continue to do all that we can to ensure the educational success of all Penn students.

For media inquiries, please contact: Ron Ozio (https://penntoday.upenn.edu/people/ron-ozio) at University Communications: 215-898-8658 ozio@upenn.edu (mailto:ozio@upenn.edu)

_____

Communications to students, faculty, and staff:

April 13, 2020:
https://penntoday.upenn.edu/announcements/message-summer-programming-and-budget-considerations-fiscal-year-2021 (https://penntoday.upenn.edu/announcements/message-summer-programming-and-budget-considerations-fiscal-year-2021)

April 1, 2020:
https://penntoday.upenn.edu/announcements/message-penn-community-about-summer-session (https://penntoday.upenn.edu/announcements/message-penn-community-about-summer-session)

Case 2:20-cv-02086-TJS   Document 26-19   Filed 09/21/20

March 27, 2020:
https://penntoday.upenn.edu/announcements/message-penn-faculty-and-staff-regarding-ongoing-university-operations (https://penntoday.upenn.edu/announcements/message-penn-faculty-and-staff-regarding-ongoing-university-operations)

March 20, 2020:
https://penntoday.upenn.edu/announcements/message-penn-faculty-and-staff-regarding-changes-operations (https://penntoday.upenn.edu/announcements/message-penn-faculty-and-staff-regarding-changes-operations)

March 20, 2020:
https://penntoday.upenn.edu/announcements/message-penn-undergraduates-about-grading-semester (https://penntoday.upenn.edu/announcements/message-penn-undergraduates-about-grading-semester)

March 16, 2020:
https://penntoday.upenn.edu/announcements/message-penn-community-major-changes-commencement (https://penntoday.upenn.edu/announcements/message-penn-community-major-changes-commencement)

March 16, 2020:
https://penntoday.upenn.edu/announcements/message-penn-students-benoit-dube (https://penntoday.upenn.edu/announcements/message-penn-students-benoit-dube)

March 16, 2020:
https://penntoday.upenn.edu/announcements/message-penn-faculty-and-staff-benoit-dube (https://penntoday.upenn.edu/announcements/message-penn-faculty-and-staff-benoit-dube)

March 16, 2020:
https://penntoday.upenn.edu/announcements/new-measures-protect-health-and-safety-penn-community (https://penntoday.upenn.edu/announcements/new-measures-protect-health-and-safety-penn-community)

March 13, 2020:
https://penntoday.upenn.edu/announcements/message-penn-faculty-and-staff-regarding-university-operations (https://penntoday.upenn.edu/announcements/message-penn-faculty-and-staff-regarding-university-operations)

March 12, 2020:
https://penntoday.upenn.edu/announcements/campus-planning-regarding-covid-19-pandemic (https://penntoday.upenn.edu/announcements/campus-planning-regarding-covid-19-pandemic)

March 11, 2020: https://penntoday.upenn.edu/announcements/coronavirus-and-important-changes-our-operations-remainder-semester (https://penntoday.upenn.edu/announcements/coronavirus-and-important-changes-our-operations-remainder-semester)

March 10, 2020: https://penntoday.upenn.edu/announcements/penns-latest-update-coronavirus
(https://penntoday.upenn.edu/announcements/penns-latest-update-coronavirus)

March 3, 2020: https://penntoday.upenn.edu/announcements/planning-travel-over-spring-break
(https://penntoday.upenn.edu/announcements/planning-travel-over-spring-break)

March 2, 2020:
https://penntoday.upenn.edu/announcements/penns-latest-coronavirus-update
(https://penntoday.upenn.edu/announcements/penns-latest-coronavirus-update)

Feb. 26, 2020: https://penntoday.upenn.edu/announcements/coronavirus-covid-19-update
(https://penntoday.upenn.edu/announcements/coronavirus-covid-19-update)

Feb. 5, 2020:
https://penntoday.upenn.edu/announcements/novel-coronavirus-outbreak-update
(https://penntoday.upenn.edu/announcements/novel-coronavirus-outbreak-update)