**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | ) | |
| ASHA SMITH and EMMA NEDLEY, | ) | |
| individually and on behalf of all others similarly | ) | Case No. 2:20-cv-02086-TJS |
| situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Hon. Timothy J. Savage |
| v. | ) | |
| | ) | |
| UNIVERSITY OF PENNSYLVANIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT UNIVERSITY OF
PENNSYLVANIA'S MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED COMPLAINT**

THIS MATTER, having been brought before the Court on the Motion to Dismiss

Plaintiffs' Consolidated Complaint, by Defendant University of Pennsylvania ("Penn"), and the

Court having reviewed the papers submitted by Penn in support of its Motion and the papers

submitted by Plaintiffs in opposition, and the Court having considered any oral argument, and

the Court having been advised of the entire record,

IT IS on this _____ day of _____, 2020, hereby

**ORDERED** that Penn's Motion to Dismiss Plaintiffs' Consolidated Complaint is hereby

GRANTED; and it is further

**ORDERED** that the Consolidated Complaint is DISMISSED in its entirety.

_____
Hon. Timothy J. Savage
United States District Court Judge