## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ASHA SMITH and EMMA NEDLEY, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 2:20-cv-02086-TJS |
| Plaintiffs, | ) ) ) | Hon. Timothy J. Savage |
| v. | ) ) | |
| UNIVERSITY OF PENNSYLVANIA, | ) ) | |
| Defendant. | ) ) ) ) | |

## CERTIFICATION OF SERVICE

**VIRGINIA A. GIBSON**, of full age, certifies:

1.    I am an attorney at the law firm Hogan Lovells US LLP, located at 1735 Market Street, Floor 23, Philadelphia, Pennsylvania 19103, counsel for Defendant University of Pennsylvania ("Penn") in the above-referenced action.

2.    I hereby certify that on September 21, 2020, I caused true and correct copies of the following to be filed electronically with the Clerk of this Court and served electronically upon all counsel of record via CM/ECF:

(i)    Penn's Motion to Dismiss Plaintiffs' Consolidated Complaint;

(ii)    A Memorandum of Law in Support of Penn's Motion to Dismiss Plaintiffs' Consolidated Complaint;

(iii)    The Declaration of Sharon Pepe in Support of Penn's Motion to Dismiss Plaintiffs' Consolidated Complaint;

(iv)    Exhibits A & B to the Declaration of Sharon Pepe;

2

(v)      The Declaration of Michael L. Kidney in Support of Penn's Motion to Dismiss Plaintiffs' Consolidated Complaint;

(vi)     Exhibits 1-14 to the Declaration of Michael L. Kidney;

(vii)    A proposed form of Order; and

(viii)   Certification of Service.

/s/ Virginia A. Gibson
Virginia A. Gibson

Dated: September 21, 2020

2