**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ASHA SMITH, individually and on behalf of all others similarly situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:20-CV-02086-TJS |
| v. ) | |
| ) | |
| UNIVERSITY OF PENNSYLVANIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| EMMA NEDLEY, on behalf of herself and All others similarly situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 2:20-CV-03109-TJS |
| UNIVERSITY OF PENNSYLVANIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Plaintiffs Emma Nedley and Asha Smith, by and through their counsel, Carlson Lynch LLP, Anastopoulo Law firm, LLC and Carpey Law, P.C., hereby submit this Consent Motion to Extend Briefing Schedule for Defendant's Motion to Dismiss for Failure to State a Claim.  In support of this Motion, Plaintiffs state as follows:

1.      University of Pennsylvania filed a Motion to Dismiss for Failure to State a Claim.

2.      The Court previously issued a schedule for Plaintiffs' response to University of Pennsylvania's Motion, as well as any reply the University of Pennsylvania may choose to file.

1

3.    The schedule called for Plaintiffs to file their response to the motion no later than October 5, 2020, and for any reply brief to be filed by the University of Pennsylvania no later than October 15, 2020.

4.    In light of unforeseen scheduling conflicts and personal issues for one of the primary attorneys on this matter, counsel for Plaintiffs herein seeks a small extension of the briefing schedule.  Plaintiffs request that the new due date for Plaintiffs' Response to the University of Pennsylvania's Motion be Tuesday, October 13, 2020, and that any reply by the University of Pennsylvania be filed by Monday, November 2, 2020.  These proposed new deadlines will afford each side the same eight (8) additional days to complete their respective briefs.  The proposed new November 2, 2020 reply brief deadline will also accommodate conflicts that counsel for the University of Pennsylvania would otherwise have with a new reply brief deadline that does not incorporate the additional eight (8) days.

5.    Counsel for the University of Pennsylvania does not oppose the extension of the briefing schedule.

WHEREFORE, Plaintiffs respectfully request that the briefing schedule be extended as described in this Motion.

A proposed order is attached.

2

Dated: October 2, 2020                          Respectfully submitted,

**CARLSON LYNCH LLP**

/s/ Edward W. Ciolko_____
Edward W. Ciolko**
Gary F. Lynch
Nicholas A. Colella**
1133 Penn Ave. 5th Floor
Pittsburgh, PA 15222
Telephone:412-322-9243
Email: eciolko@carlsonlynch.com
       ncolella@carlsonlynch.com
       glynch@carlsonlynch.com

**ATTORNEYS FOR PLAINTIFF
NEDLEY**

**ANASTOPOULO LAW FIRM, LLC**

/s/ Eric M. Poulin_____
Eric M. Poulin**
Roy T. Willey**
32 Ann Street
Charleston, SC 29403
Telephone: (843) 614-8888
Email: eric@akimlawfirm.com
      roy@akimlawfirm.com

      **Admitted Pro Hac Vice

  -AND-

**CARPEY LAW, P.C.**
Stuart A. Carpey, #49490
600 W. Germantown Pike, Suite 400
Plymouth Meeting, AP 19462
Phone: (610) 834-6030
Email: scarpey@carpeylaw.com

**ATTORNEYS FOR PLAINTIFF SMITH**

3

**CERTIFICATE OF SERVICE**

I, Edward W. Ciolko, hereby certify that on October 2, 2020 a true and correct copy of the foregoing Motion was served via the Court's electronic filing system to all counsel of record.

/s/ Edward W. Ciolko
Edward W. Ciolko