**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ASHA SMITH, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 2:20-CV-2086 |
| v. | ) ) | |
| UNIVERSITY OF PENNSYLVANIA, | ) ) | |
| Defendant. | ) ) | |
| EMMA NEDLEY, on behalf of herself and All others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 2:20-CV-03109-TJS |
| UNIVERSITY OF PENNSYLVANIA, | ) ) | |
| Defendant | ) ) | |

## <u>ORDER</u>

AND NOW, to with this ____ day of _____, 2020, having

considered the Consent Motion to Extend Briefing Schedule for Defendant's Motion to Dismiss

for Failure to State a Claim, it is hereby ORDERED that the Motion is granted.  Plaintiffs'

Reponse shall be filed on or before October 13, 2020.  Any reply brief by Defendant shall be

filed on or before November 2, 2020.

BY THE COURT:

_____

Honorable Timothy J. Savage