**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ASHA SMITH, Individually and On Behalf of All Others Similarly Situated** | : : | **CIVIL ACTION** |
| **v.** | : : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | **NO. 20-2086** |

| | | |
|---|---|---|
| **EMMA NEDLEY, On Behalf of Herself And All Others Similarly Situated** | : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **THE UNIVERSITY OF PENNSYLVANIA** | : | **NO. 20-3109** |

## ORDER

**NOW,** this 5th day of October, 2020, upon consideration of the Consent Motion to Extend Briefing Schedule for Defendant's Motion to Dismiss for Failure to State a Claim (Document No. 29), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1.    No later than **October 13, 2020**, plaintiffs shall file their response to the motions to dismiss**.**

2.    The defendant shall file its reply, if any, no later than **November 2, 2020**.

/s/ TIMOTHY J. SAVAGE J.