# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASHA SMITH, Individually and On Behalf of All Others Similarly Situated** | : : | CIVIL ACTION |
| v. | : : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | NO. 20-2086 |

## ORDER

**NOW**, this 20th day of April, 2021, upon consideration of Defendant University of Pennsylvania's Motion to Dismiss the Amended Complaint (Document No. 26), the plaintiffs' response (Document No. 31), the defendant's reply (Document No. 33), and after oral argument, it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED** Counts I, II, IV and V are dismissed **WITH PREJUDICE.**

                                                /s/ Timothy J. Savage
                                                TIMOTHY J. SAVAGE, J.