# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASHA SMITH and EMMA NEDLEY,** | : | CIVIL ACTION |
| on behalf of themselves and all others | : | |
| similarly situated | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | NO. 20-2086 |

## SCHEDULING ORDER

**NOW**, this 15th day of June, 2021, it is **ORDERED** as follows:

1. All fact and expert discovery relating to class certification shall be completed by **November 29, 2021**.

2. Plaintiffs shall file their motion for class certification no later than **December 17, 2021**.

3. Defendants' responses to the plaintiffs' motion for class certification shall be filed no later than **January 7, 2021**.

4. Plaintiffs shall file their reply to the defendant's response no later than **January 17, 2021**.

5. Oral argument on the plaintiff's motion for class certification shall be heard on **Monday, February 14, 2022, at 10:00 a.m., in Courtroom 9A**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.