**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ASHA SMITH and EMMA NEDLEY,** on behalf of themselves and all others similarly situated | : : : : | **CIVIL ACTION** |
| v. | : : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | **NO. 20-2086** |

### AMENDED SCHEDULING ORDER

**NOW**, this 10th day of November, 2021, it is **ORDERED** as follows:

1. All fact and expert discovery relating to class certification shall be completed by **January 10, 2022**.

2. Plaintiffs shall file their motion for class certification no later than **February 4, 2022**.

3. Defendant's response to the plaintiffs' motion for class certification shall be filed no later than **February 25, 2022**.

4. Plaintiffs shall file their reply to the defendant's response no later than **March 11, 2022**.

5. Oral argument on the plaintiff's motion for class certification shall be heard on **Tuesday, March 29, 2022, at 10:00 a.m., in Courtroom 9A**.

6. No further extensions will be granted.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.