IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHA SMITH and EMMA NEDLEY, individually and on behalf of all others similarly situated,<br><br>                     *Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA,<br><br>                     *Defendant*. | Case No. 2:20-cv-02086-TJS |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
AND APPOINTMENT OF CLASS COUNSEL**

Plaintiffs Asha Smith and Emma Nedley ("Plaintiffs"), individually and on behalf of all others similarly situated, by their undersigned counsel, hereby respectfully move this Court for an Order:

(1) Certifying this action as a class action pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure and seek certification of the class defined as follows:

> All people who paid fees for or on behalf of students enrolled in classes at the University for the Spring 2020 semester (the "Class").

(2) Appointing Plaintiffs Asha Smith and Emma Nedley as Class Representatives;

(3) Appointing Anastopoulo Law Firm, LLC**,** Carpey Law, P.C.**,** and Lynch Carpenter, LLP as Class Counsel.

In support thereof, Plaintiffs rely upon the Memorandum filed contemporaneously herewith

Dated: February 4, 2022                                  Respectfully Submitted,

*/s/ Edward W. Ciolko*
**LYNCH CARPENTER, LLP**
Gary F. Lynch
Edward W. Ciolko**
Nicholas A. Colella**
1133 Penn Avenue 5th Floor
Pittsburgh, PA 15222
P. (412) 322-9243
F. (412) 231-0246
gary@lcllp.com
eciolko@lcllp.com
nickc@lcllp.com

**ANASTOPOULO LAW FIRM, LLC**
Eric M. Poulin**
Roy T. Willey, IV**
Blake G. Abbott**
32 Ann Street
Charleston, SC 29403
P. (843) 614-8888
F. (843) 494-5536
eric@akimlawfirm.com
roy@akimlawfirm.com
blake@akimlawfirm.com

**CARPEY LAW, P.C.**
Stuart A. Carpey, #49490
600 W. Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
(610)834-6030
scarpey@carpeylaw.com
**Admitted Pro Hac Vice

**ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS**