IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHA SMITH and EMMA NEDLEY, individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA,<br><br>     *Defendant*. | Case No. 2:20-cv-02086-TJS |

**DECLARATION OF EDWARD W. CIOLKO IN SUPPORT OF**
**MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

I, Edward W. Ciolko, declare under penalty of perjury pursuant to the laws of the United States of America that the forgoing is true and correct to the best of my knowledge:

1. I am an attorney of record for the Plaintiffs and the putative class.

2. My firm, along with Anastopoulo Law Firm, LLC and Carpey Law, P.C. ("Proposed Class Counsel"), represent the Named Plaintiff, and all have extensive class action experience and seek to be appointed as Class Counsel pursuant to Rule 23(g).

3. I have experience in class action litigation involving breach of contract and unjust enrichment claims.

4. Attached as Exhibit A is a true and correct copy of University of Pennsylvania Course Catalog: 2019-20 Undergraduate Catalog located at http://web.archive.org/web/20200214010141/https:/catalog.upenn.edu/undergraduate/ (last accessed on February 4, 2022).

5. Attached as Exhibit B is a true and correct copy of Undergraduate Tuition and Fees. PENN_00001191- PENN_00001195.

6.      Attached as Exhibit C is a true and correct copy of the deposition transcript of Asha Smith.

7.      Attached as Exhibit D is a true and correct copy of the deposition transcript of Emma Nedley which contained portions marked as Highly Confidential and is filed under seal.

8.      Attached as Exhibit E is a true and correct copy of an email titled "Response re: MFA Letter to President Gutmann and Dean Steiner" regarding a response to request for covid reimbursement from the School of Design Students. PENN_00000001- PENN_00000020 which is marked Confidential and is filed under seal.

9.      Attached as Exhibit F is a true and correct copy of a March 30, 2020 letter from Fritz Steiner to MFA Students. PENN_00000029- PENN_00000032.

10.     Attached as Exhibit G is a true and correct copy of an email "School of Social Policy and Practice (SP2) Building Hours". PENN_00000469, which is marked Confidential and filed under seal.

11.     Attached as Exhibit H is a true and correct copy of a May 11, 2020 letter from Fritz Steiner to students. PENN_00000034-PENN_00000036.

12.     Attached as Exhibit I is a true and correct copy of various Summer Simulation Fees for nursing students. PENN_00000192-PENN_00000201 which is marked Confidential and is filed under seal.

13.     Attached as Exhibit J is a true and correct copy of *Alexander v. Florida Int'l Univ. Bd. of Trustees*, Case No. 2021-009869-CA-01 (Miami-Dade County 11th Jud. Cir. Ct., December 30, 2021).

14.     Attached as Exhibit K is a true and correct copy of *Weiman v. Miami Univ.*, Case No. 2020-00614JD (Ohio Ct. Claims, December 13, 2021).

2

15.     Attached as Exhibit L is a true and correct copy of the firm resume of Anastopoulo Law Firm, LLC.

16.     Attached as Exhibit M is a true and correct copy of the firm resume of Lynch Carpenter, LLP.

Dated: February 4, 2022                    Respectfully submitted,

                                           */s/ Edward W. Ciolko*
                                           Gary F. Lynch
                                           Edward W. Ciolko
                                           Nicholas A. Colella
                                           LYNCH CARPENTER, LLP
                                           1133 Penn Avenue, 5th Floor
                                           Pittsburgh, PA 15222
                                           Tel: (412) 322-9243
                                           Fax: (412) 231-0246
                                           gary@lcllp.com
                                           eciolko@lcllp.com
                                           nickc@lcllp.com

                                           Eric M. Poulin
                                           Roy T. Willey, IV
                                           Blake G. Abbott
                                           ANASTOPOULO LAW FIRM
                                           32 Ann Street
                                           Charleston, SC 29403
                                           843-614-8888
                                           eric@akimlawfirm.com
                                           roy@akimlawfirm.com
                                           blake@akimlawfirm.com

                                           Stuart A. Carpey
                                           CARPEY LAW, P.C.
                                           600 W. Germantown Pike
                                           Suite 400
                                           Plymouth Meeting, PA 19462
                                           610-834-6030
                                           Email: scarpey@carpeylaw.com

                                           *Attorney for Plaintiffs and the Putative Class*

3