IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHA SMITH and EMMA NEDLEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA,<br><br>    Defendant. | Case No. 2:20-cv-02086-TJS<br><br>Hon. Timothy J. Savage |

## DEFENDANT TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(a), Defendant Trustees of the University of Pennsylvania ("Penn") hereby moves this Court for Summary Judgment. Penn also respectfully requests that oral argument be held on this Motion.

The Motion will be based on the accompanying Memorandum of Law, the Declaration of Trevor Lewis, Exhibits A and B thereto, the Declaration of Warren Petrofsky, the Declaration of Michael L. Kidney, Exhibits 1 through 6 thereto, a proposed order, any oral argument, and on all other pleadings, papers, and other documents on file herein.

Dated: February 21, 2022                    Respectfully submitted,

                                            *s/Virginia A. Gibson*
                                            Virginia A. Gibson, PA Bar No. 32520
                                            Alexander B. Bowerman, PA Bar No. 321990
                                            HOGAN LOVELLS US LLP
                                            1735 Market Street

Philadelphia, PA 19103
Telephone: (267) 675-4635

Michael L. Kidney (admitted *pro hac vice*)
Jessica L. Ellsworth (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Counsel for Defendant*