# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHA SMITH and EMMA NEDLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA,<br><br>Defendant. | Case No. 2:20-cv-02086-TJS<br><br>Hon. Timothy J. Savage |

## DECLARATION OF WARREN PETROFSKY IN SUPPORT OF DEFENDANT TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Warren Petrofsky, declare and state as follows:

1. I am over 18 years of age and otherwise competent to testify as to the matters herein, which are based on my personal knowledge, including a review of the records of the University of Pennsylvania. I make this declaration in support of Defendant Trustees of the University of Pennsylvania ("Penn" or the "University")'s Opposition to Plaintiffs' Motion for Class Certification.

2. I am currently employed by Penn as the Chief Infrastructure Officer in Penn's School of Arts and Sciences ("SAS"). I held this role throughout the spring 2020 semester. As part of my responsibilities at Penn, I am familiar with the technological services that Penn offers to students.

3.  During the spring 2020 semester, and by March 18, 2020, SAS provisioned Virtual Desktops that students could use to access software remotely that was previously available in campus computer labs. This access was based on SAS course enrollment or by SAS student request.

4.  In the portion of the spring 2020 semester that was after the onset of the pandemic, Penn engaged a third-party vendor, ModSquad, to provide students with 24/7 technology support.

5.  In the portion of the spring 2020 semester that was after the onset of the pandemic, Penn continued to provide students with, among other things, technology support, email services and support, as well as Penn-provided software and research tools, including Symantec and Microsoft Office 365.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration is executed this 24th day of February, 2022 at Media, Pennsylvania.

_____
Warren Petrofsky